UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TEXAS BRINE COMPANY, LLC** | LEAD: CIVIL ACTION: 2:15-CV-01102 |
| *PLAINTIFF* | C/W   CIVIL ACTION: 2:15-CV-03324 |
| **VERSUS** | SEC. N: CHIEF JUDGE KURT D. ENGELHARDT |
| **THE DOW CHEMICAL COMPANY, ET AL.** | DIV. 1:  MAG. JUDGE JANIS VAN MEERVELD |
| *DEFENDANTS* | * APPLIES TO ALL CASES |

## MOTION TO COMPEL ON BEHALF OF DEFENDANTS

Defendants, The Dow Chemical Company, Dow Hydrocarbons & Resources, LLC, and Clifton Land Corporation, move this Honorable Court for an Order compelling Plaintiffs, Texas Brine Company, LLC and Louisiana Salt Company, LLC, to completely respond to, or supplement its prior responses to, Defendants' First, Second, and Fourth Sets of Discovery issued to Texas Brine Company, LLC, and the First Set of Discovery Requests issued to Louisiana Salt, for the reasons set forth in the accompanying memorandum in support:

79061

In support of its Motion, Defendants attach the following Exhibits:

**Exhibit A**  Texas Brine Company's Responses to Defendants' First Set of Discovery Requests

**Exhibit A-1**  TBC-1183

**Exhibit B**  Texas Brine Company's Responses to Defendants' Second Set of Discovery Requests

**Exhibit C**  Texas Brine Company's Responses to Defendants' Fourth Set of Discovery Requests

**Exhibit D**  Louisiana Salt, LLC's Responses to Defendants' First Set of Discovery Requests

**Exhibit E**  Email correspondence from Patrick Hunt to Eric Blevins et al, in globo.

**Exhibit F**  Letter from Patrick Hunt to Jim Garner et al (August 28, 2017)

**Exhibit G**  Letter from TJ Madigan to John Viator et al. (Sept. 18, 2017)

**Exhibit H**  Letter from TJ Madigan to Patrick Hunt (Nov. 10, 2016)

**Exhibit I**  Excerpts from Deposition of John Sergo

**Exhibit J**  Expert Report of Charles Chabannes (Jan. 13, 2017)

**Exhibit K**  Expert Report of Wayne Sneed

WHEREFORE, Defendants, The Dow Chemical Company, Dow Hydrocarbons & Resources, LLC, and Clifton Land Corporation, pray that after all due proceedings are had, that its Motion to Compel be granted and that an Order be issued compelling Plaintiffs, Texas Brine Company, LLC and Louisiana Salt Company, LLC, to completely respond to, or supplement its prior responses to, Defendants' discovery requests as discussed in the Rule 37 Conference.

79061

Submitted By:

**BIENVENU, BONNECAZE, FOCO, VIATOR & HOLINGA, APLLC**

**By:** _s/*John Allain Viator*_
David M. Bienvenu, Jr. (Bar Roll No.20700) T. A.
John Allain Viator (Bar Roll No. 25915)
Phillip E. Foco (Bar Roll No. 25670)
Erin Percy Tadie (Bar Roll No. 33627)
Patrick H. Hunt (Bar Roll No. 34599)
4210 Bluebonnet Blvd.
Baton Rouge, LA 70809
Phone:  (225) 388-5600
Fax:  (225) 388-5622
david.bienvenu@bblawla.com
john.viator@bblawla.com
phillip.foco@bblawla.com
erin.tadie@bblawla.com
patrick.hunt@bblawla.com

*Counsel for The Dow Chemical Company, Dow Hydrocarbons & Resources, LLC, and Clifton Land Corporation*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 26th day of September, 2017.

                                          s/*John Allain Viator*
                                           John Allain Viator