UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TEXAS BRINE COMPANY, LLC** AND **LOUISIANA SALT, LLC**<br><br>*PLAINTIFFS*<br><br>**VERSUS**<br><br>**THE DOW CHEMICAL COMPANY, ET AL.**<br><br>*DEFENDANTS* | LEAD: CIVIL ACTION: 2:15-CV-01102<br><br>C/W   CIVIL ACTION: 2:15-CV-03324<br><br>SEC. N: CHIEF JUDGE KURT D. ENGELHARDT<br><br>DIV. 1: MAG. JUDGE JANIS VAN MEERVELD<br><br>\* APPLIES TO ALL CASES |

**RULE 37 CERTIFICATE**

In accordance with Federal Rules of Civil Procedure Rule 37(a)(1) and Local Rule 37.1, undersigned counsel for The Dow Chemical Company, Dow Hydrocarbons & Resources, LLC, and Clifton Land Corporation certifies that the parties conferred through written correspondence on multiple occasions, most notably through letters dated August 28, 2017 and September 18, 2017. It does not appear that the parties will resolve the issues presented herein without Court intervention.

**[signatures on following page]**

79061

1

Submitted By:

**BIENVENU, BONNECAZE, FOCO, VIATOR & HOLINGA, APLLC**

**By:** s/*John Allain Viator*
David M. Bienvenu, Jr. (Bar Roll No.20700) T. A.
John Allain Viator (Bar Roll No. 25915)
Phillip E. Foco (Bar Roll No. 25670)
Erin Percy Tadie (Bar Roll No. 33627)
Patrick H. Hunt (Bar Roll No. 34599)
4210 Bluebonnet Blvd.
Baton Rouge, LA 70809
Phone:  (225) 388-5600
Fax:  (225) 388-5622
david.bienvenu@bblawla.com
john.viator@bblawla.com
phillip.foco@bblawla.com
erin.tadie@bblawla.com
patrick.hunt@bblawla.com

*Counsel for The Dow Chemical Company, Dow Hydrocarbons & Resources, LLC, and Clifton Land Corporation*

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 26th day of September, 2017.

s/*John Allain Viator*
John Allain Viator

79061