UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TEXAS BRINE COMPANY, LLC** AND **LOUISIANA SALT, LLC**<br><br>*PLAINTIFFS*<br><br>**VERSUS**<br><br>**THE DOW CHEMICAL COMPANY, ET AL.**<br><br>*DEFENDANTS* | LEAD: CIVIL ACTION: 2:15-CV-01102<br><br>C/W   CIVIL ACTION: 2:15-CV-03324<br><br>SEC. N: CHIEF JUDGE KURT D. ENGELHARDT<br><br>DIV. 1: MAG. JUDGE JANIS VAN MEERVELD<br><br>\* APPLIES TO ALL CASES |

### NOTICE OF SUBMISSION

**TO:** ALL COUNSEL OF RECORD

The Dow Chemical Company, Dow Hydrocarbons & Resources, LLC, and Clifton Land Corporation bring for submission the Motion to Compel before the Honorable Janis van Meerveld on **October 11, 2017**, or as soon thereafter as the motion may be heard.

**[signatures on following page]**

1

79061

Submitted By:

**BIENVENU, BONNECAZE, FOCO, VIATOR & HOLINGA, APLLC**

**By:** _s/*John Allain Viator*_
David M. Bienvenu, Jr. (Bar Roll No.20700) T. A.
John Allain Viator (Bar Roll No. 25915)
Phillip E. Foco (Bar Roll No. 25670)
Erin Percy Tadie (Bar Roll No. 33627)
Patrick H. Hunt (Bar Roll No. 34599)
4210 Bluebonnet Blvd.
Baton Rouge, LA 70809
Phone:  (225) 388-5600
Fax:  (225) 388-5622
david.bienvenu@bblawla.com
john.viator@bblawla.com
phillip.foco@bblawla.com
erin.tadie@bblawla.com
patrick.hunt@bblawla.com

*Counsel for The Dow Chemical Company, Dow Hydrocarbons & Resources, LLC, and Clifton Land Corporation*

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 26th day of September, 2017.

    s/*John Allain Viator*
    John Allain Viator

2

79061