**From:** John Sergo <JSergo@unitedbrine.com>
**Sent:** Thursday, April 17, 2014 8:29 AM
**To:** Ted Grabowski
**Cc:** Matt Slezak; Mark Cartwright; Joel Warneke; Brian Rapp; Kenneth Blanchard; Andrew McKay
**Subject:** RE: Dow wells in relationship to GG and TBC properties
**Attachments:** 09M109-A-TBC.pdf

Ted,

Sorry this took so long. It was surprisingly difficult to get everyone to agree on what we actually own at GB! See attached. There may be a sliver or two of our land that is missing from this map, but I think it should suffice for the intended purpose. I think it's safe to say that based on this map, Dow, Oxy and GG all have cavern boundaries within 100' of our fee property and therefore are considered to be encroaching per the new DNR regs. Let me know if you need further information.
Thanks,

John R. Sergo III
Vice President
United Brine Services, LLC
4800 San Felipe
Houston, TX 77056
713-877-2721 Office
281-732-4970 Mobile
713-986-5249 Fax
jsergo@unitedbrine.com

-----Original Message-----
From: Ted Grabowski
Sent: Wednesday, March 26, 2014 3:46 PM
To: Joel Warneke; Brian Rapp
Cc: Matt Slezak; Mark Cartwright; John Sergo
Subject: RE: Dow wells in relationship to GG and TBC properties

Joel

Thanks, this may be very useful. John, can we get someone (Andrew) to draw in our fee property lines on the map in Ratigan's report on page 32. I think it will be useful for us to understand every place that someone (Dow, GG, Oxy, etc) is potentially encroaching on our property.

Ted


-----Original Message-----
From: Joel Warneke
Sent: Wednesday, March 26, 2014 11:33 AM
To: Ted Grabowski; Brian Rapp
Cc: Matt Slezak; Mark Cartwright; John Sergo
Subject: Dow wells in relationship to GG and TBC properties

1

Exhibit A-1

Ted,

On page 32 of the report written by Joe Ratigan there is a map of all the wells on the Napoleonville dome with relationship to lease lines and dome contours.

This map shows that Dow has a cavern that is very close/right on the TBC/Dow property line, and it also shows that one of the Dow caverns mined across the GG property boundaries.

If you need anything else let me know.

Joel

-----Original Message-----
From: Kevin Hill [mailto:kevin@hillgeo.com]
Sent: Tuesday, December 10, 2013 3:05 PM
To: Joel Warneke
Cc: Matt Slezak
Subject: FW: Electronic Copy - Final Napoleonville dome Operators Response to Jan 30 - 2013 Commissioner Directive

You be a lucky boy today. I found it.

I'm trying to get out from under a well just drilled and logged with a kick decision to make. 24hrs has wiped me out.

K


-----Original Message-----
From: Joe@ratiganeandc.com [mailto:Joe@ratiganeandc.com]
Sent: Thursday, July 25, 2013 6:55 PM
To: stephen.lee@la.gov
Cc: 'Piglia, Larry J (Transmission Function Employee; ''Ed Gottlob'; 'Wade Alleman; 'mcartwright@unitedbrine.com'; 'Gary_P._Kinler@OXY.COM'; Spinks, Mike; 'Curtis Ewers' (Curtis.Ewers@crosstexenergy.com); Craft, Daniel (DB); Bouffard, Pierre (JBouffard@eprod.com); Hertzing, Jeff (JJ); Mark Thompson; Kotar, Doug (DKotar@eprod.com); Russell, Tony (TRussell@eprod.com); Hebert III, John (JC) (JCHebertIII@dow.com); Phan, Phu; Kevin Hill (kevin@hillgeo.com); 'SmithTo@pbworld.com'; Reichwein, Tim; Matt Slezak; Fontenot@pbworld.com; Blair, Roger; Meece@pbworld.com; Skaug, Nils
Subject: Electronic Copy - Final Napoleonville dome Operators Response to Jan 30 - 2013 Commissioner Directive

Dear Mr. Lee:

Attached is an electronic copy of the subject report forwarded to your office for delivery on July 26, 2013. The hard copy being delivered includes maps at the desired scale.

Please let me know if you have any questions or wish to receive electronic files for any of the materials.

Thanks and enjoy your weekend!

Joe
Joe Ratigan, Ph.D., P.E.

2

[Description: REandC Logo-3]  Ratigan Engineering & Consulting LLC
3824 Jet Drive
Rapid City, SD  57703
P.O. Box 725
Rapid City, SD 57709
605.394.6445 (Office)
605.209.1959 (Cell)
605.394.6456 (Fax)
www.RatiganEandC.com<http://www.ratiganeandc.com/>

---

NOTICE: This communication and any attachments ("this message") may contain confidential information for the sole use of the intended recipient(s). Any unauthorized use, disclosure, viewing, copying, alteration, dissemination or distribution of, or reliance on this message is strictly prohibited. If you have received this message in error, or you are not an authorized recipient, please notify the sender immediately by replying to this message, delete this message and all copies from your e-mail system and destroy any printed copies.

