# Patrick Hunt

| | |
|---|---|
| **From:** | Patrick Hunt |
| **Sent:** | Wednesday, August 09, 2017 2:29 PM |
| **To:** | 'Madigan, Thomas'; 'Blevins, Eric' |
| **Cc:** | 'Garner, James M.'; John Viator; 'Sher, Leopold'; Jennifer Holtzclaw |
| **Subject:** | RE: Dow/TBC- Rule 37 conference this week |

TJ and Eric,

Please provide an update on when we can expect a response to the requests made in the below emails from July 14 and July 27. Briefly, this includes:

1. Our requests that you reconsider the privileged nature of certain documents;
2. Identification of the damages claimed by LA Salt and TBC, individually;
3. All documents and information pertaining to salt reserves on the property;
4. All documents associated with the sale of the property between TBC and LA Salt that are responsive to Request for Production 14 in the Fourth Set of Discovery;
5. Any evidence of potassium chloride in Dow 18.
6. Finally, although not specifically listed below, we discussed in the Rule 37 conference our request for any and all communication between TBC and Louisiana Salt regarding the sale of the property or Dow 18. To date, there have been no responsive communications produced and there are only one or two entries on the privilege log which appear to fall in that category.

Additionally, as a follow up to the request made in the deposition of Matt Slezak, please produce a copy of the July 19, 2013 email from Joe Ratigan shown on TBC-1693 that lists the recipients and shows the filename for any attachments, as well as a copy of the attachment.

Additional Discovery Issues

In light of information that has become available during discovery, please advise whether you will agree to supplement your responses to the following requests for admissions:

1. First set of discovery, Request for admission number 18
2. Second Set of Discovery, Request for Admission number 1
3. Second Set of Discovery, Request for Admission number 2

We believe that TBC's subsequent discovery responses and the deposition testimony support revision of these responses to an unqualified admission. Alternatively, please advise when you are available for a quick Rule 37 call on these requests.

Finally, please produce unredacted copies of TBC-1542, TBC-1587-1590, and TBC-1595. These were addressed in a Rule 37 conference last November. You indicated that these documents were redacted only for confidential pricing information. Considering the protections afforded by the stipulated protective order and the current posture of the litigation, we request unredacted copies of those documents at this time.

Thank you,

Patrick H. Hunt

Bienvenu, Bonnecaze, Foco, Viator & Holinga, APLLC
4210 Bluebonnet Blvd.
Baton Rouge, LA  70809

Exhibit E

225.388.5600 *Main*
225.388.5617 *Direct*
225.388.5622 *Fax*
patrick.hunt@bblawla.com|vCard
www.bblawla.com

---

**From:** Patrick Hunt
**Sent:** Thursday, July 27, 2017 5:53 PM
**To:** 'Madigan, Thomas' <tmadigan@SHERGARNER.com>; 'Blevins, Eric' <eblevins@shergarner.com>; John Viator <John.Viator@bblawla.com>
**Cc:** 'Garner, James M.' <JGarner@SHERGARNER.com>; 'Sher, Leopold' <LSher@shergarner.com>; Jennifer Holtzclaw <Jennifer.Holtzclaw@bblawla.com>
**Subject:** RE: Dow/TBC- Rule 37 conference this week

T.J. and Eric,

Pursuant to our Rule 37 Conference, we request that you reconsider the privileged nature of the documents listed below or provide additional information so that we can evaluate the privilege, as indicated. Additionally, please produce an updated privilege log that identifies the documents that were recently clawed back.

Please also produce the redacted copies of the documents clawed back during Matt Slezak's deposition. Regarding the redactions, we request that any redacted emails leave in place the email heading (to:, from:, cc:, date, and subject: lines). Also, please confirm whether your privilege log reflects separate entries for each email in a chain.

Common Interest

Federal Rule of Evidence 501 provides that state law governs claims of privilege in a civil action for which state law supplies the decision. Accordingly, Louisiana law will govern the applicability of the "common interest" privilege here. *Accord Benson v. Rosenthal*, 2016 WL 3001129, at *3 (E.D. La. May 25, 2016); *Vintage Assets, Inc. v. Tennessee Gas Pipeline Company, L.L.C.*, 2017 WL 2812967, at *3 (E.D. La. June 29, 2017).

Louisiana Code of Evidence article 506(B)(3) provides Louisiana's version of the common interest. Article 506(B)(3) provides that a communication is privileged when it is "[b]y the client or his lawyer, or a representative of either, *to a lawyer, or representative of a lawyer*, who represents another party concerning a matter of common interest." Accordingly, any document that does not satisfy Article 506(B)(3) cannot be withheld under the common interest privilege.

Although some of the documents withheld under the common interest privilege appear to satisfy the confines of Article 506(B)(3) (e.g., 612, 476), the majority do not. We call for production of the following documents as non-privileged, responsive documents:
- 26
- 54
- 55
- 59
- 81
- 85
- 105
- 119
- 197
- 297
- 306
- 306
- 464
- 592

2

Additionally, specifically regarding the common interest privilege, please provide additional information for entries: 24, 29, and 33.

Please reconsider the following entries:

- 3 → Does not appear that an attorney is included in this communication
- 22 → Document was sent to a third party, common interest does not apply here
- 37→ Work product, communication with Fred Wogel, but Wogel not listed on log
- 445 → Document was sent to a third party, common interest does not apply here
- TBC-1501 – The redacted email does not appear to be work product, as there is nothing indicating that it was produced "by or for" an attorney preparing for litigation. *See Premier Dealer Services, Inc. v. Duhon*, 2013 WL 5966123, at *5 (E.D. La. Nov. 8, 2013). Underlying facts, which in this case would include any information pertaining to the information TBC had regarding the Dow 18 well and the date TBC had that knowledge, are not protected from discovery.

Please provide additional information in the privilege log regarding the following entries:
- 24
- 29
- 66
- 70
- 629
- 592
- 208
- 365
- 395
- 399
- 405
- 457
- 488
- 544

TBC-1528 – Is Brian Glessman or Kathryn MacKenzie an attorney?

Additionally, we renew our request for a privilege log for all documents responsive to the prior discovery requests but which have been withheld as privileged in connection with the sinkhole litigation. We have already had a Rule 37 Conference on this issue, but I wanted to provide another opportunity for TBC to update its response to Request for Production 1, mislabeled as RFP 6, in Dow's third set of discovery requests.

Finally, please advise when we can expect responses to the issues addressed in our last Rule 37 Conference, as requested in the below email.

Thank you,


Patrick H. Hunt

Bienvenu, Bonnecaze, Foco, Viator & Holinga, APLLC
4210 Bluebonnet Blvd.
Baton Rouge, LA  70809
225.388.5600  *Main*
225.388.5617  *Direct*
225.388.5622  *Fax*
patrick.hunt@bblawla.com|vCard
www.bblawla.com

**From:** Patrick Hunt
**Sent:** Friday, July 14, 2017 6:31 PM
**To:** 'Madigan, Thomas' <tmadigan@SHERGARNER.com>; Blevins, Eric <eblevins@shergarner.com>; John Viator <John.Viator@bblawla.com>
**Cc:** Garner, James M. <JGarner@SHERGARNER.com>; Sher, Leopold <LSher@shergarner.com>; Jennifer Holtzclaw <Jennifer.Holtzclaw@bblawla.com>
**Subject:** RE: Dow/TBC- Rule 37 conference this week

TJ and Eric,

I'd also like to follow up on the Rule 37 conference from earlier in the week. Eric, I know you may be the one with some of these answers and you were not able to be on the call, but please advise as to when we can expect these responses.

1. We still do not have any indication of which of your clients is claiming which damages (La Salt Interrogatory 21, RFP 11-17; TBC Rog 22, RFP 7–11).
2. We have asked for additional information and documentation pertaining to salt reserves on the property. Specifically, we disagree with the objection to "salt reserves" and "salt reserve estimates" as vague, particularly considering TBC's experts' use of the terms.
3. Interrogatory No. 14 propounded to TBC requested a multitude of documents associated with the sale from TBC to La Salt. As discussed, the only documents previously produced were the appraisal and act of sale. You mentioned you were going to check on additional responsive documents, as noted in my email from July 10.
4. We also ask that you clarify your position on the common interest privilege, both as to whether it applied to pre-sale communications and whether you contend it applies to communications between non-lawyer employees of two separate entities.
5. You also indicated that you would look into whether TBC has any documents suggesting that there is a zone of water soluble potassium chloride minerals in Dow 18.

Please advise as to when we can expect responses to these issues. Additionally, although they were included in the new discovery sent today, I would also like to follow up on the requests made for production during Joel Warneke's deposition, particularly for all of the reliance material disclosed during his testimony.

Thank you,

Patrick

Patrick H. Hunt

Bienvenu, Bonnecaze, Foco, Viator & Holinga, APLLC
4210 Bluebonnet Blvd.
Baton Rouge, LA  70809
225.388.5600  *Main*
225.388.5617  *Direct*
225.388.5622  *Fax*
patrick.hunt@bblawla.com|vCard
www.bblawla.com

**From:** Madigan, Thomas [mailto:tmadigan@SHERGARNER.com]
**Sent:** Friday, July 14, 2017 4:22 PM
**To:** Blevins, Eric <eblevins@shergarner.com>; John Viator <John.Viator@bblawla.com>; Patrick Hunt <patrick.hunt@bblawla.com>
**Cc:** Garner, James M. <JGarner@SHERGARNER.com>; Sher, Leopold <LSher@shergarner.com>; Jennifer Holtzclaw <Jennifer.Holtzclaw@bblawla.com>
**Subject:** RE: Dow/TBC- Rule 37 conference this week

John and Patrick –

Thank you guys for participating in the Rule 37 conference on Tuesday.

On the call you agreed to provide the following, by yesterday:

1. A privilege log;
2. After a subsequent review of Dow's currently redacted documents, unredacted production of currently redacted documents determined to be not protected; and
3. Production of the emails/documents of Michael Werner and Gerald Becnel or an explanation of the inability to do so (their separation dates and Dow's document retention policy).

We understand from talking to John at Thursday's deposition that you will need until next Tuesday (7/18) to provide these items. Please understand that we need to get closure on these items so that we can file any necessary motions.

Following up on our previous requests, please provide dates for the depositions of Gerald Becnel and Michael Werner. We received your email that Mr. Werner lives in Germany, but we ask that you please provide dates, and the city where he lives, so that we can consider arrangements either to travel to Germany for his deposition or to set up video/phone deposition.

Have a good weekend.

Thank you,
T. J.

**THOMAS J. MADIGAN, II | ATTORNEY AT LAW | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | tmadigan@shergarner.com | O: 504-299-2132 | F: 504-299-2332

**From:** Blevins, Eric
**Sent:** Monday, July 10, 2017 11:39 AM
**To:** John Viator <John.Viator@bblawla.com>; Patrick Hunt <patrick.hunt@bblawla.com>
**Cc:** Madigan, Thomas <tmadigan@SHERGARNER.com>; Garner, James M. <JGarner@SHERGARNER.com>; Sher, Leopold <LSher@shergarner.com>; Jennifer Holtzclaw <Jennifer.Holtzclaw@bblawla.com>
**Subject:** RE: Dow/TBC- Rule 37 conference this week

John,

That time works for us. I will be out of the office for a deposition in another matter but TJ is available. His direct line is 504-299-2132.

Regards,

Eric

**From:** John Viator [mailto:John.Viator@bblawla.com]
**Sent:** Monday, July 10, 2017 11:34 AM
**To:** Blevins, Eric <eblevins@shergarner.com>; Patrick Hunt <patrick.hunt@bblawla.com>
**Cc:** Madigan, Thomas <tmadigan@SHERGARNER.com>; Garner, James M. <JGarner@SHERGARNER.com>; Sher, Leopold <LSher@shergarner.com>; Jennifer Holtzclaw <Jennifer.Holtzclaw@bblawla.com>
**Subject:** RE: Dow/TBC- Rule 37 conference this week

Eric,

Does 9:30 Tuesday morning work?  We would also like to discuss plaintiffs' recent production.

Regards,

John Allain Viator
**Bienvenu, Bonnecaze, Foco, Viator & Holinga, APLLC**
4210 Bluebonnet Blvd.
Baton Rouge, LA  70809
(225) 388-5600  Main
(225) 388-5604  Direct
(225) 315-2547  Cell
(225) 388-5622  Fax
John.Viator@bblawla.com
Website: http://www.bblawla.com

**From:** Blevins, Eric [mailto:eblevins@shergarner.com]
**Sent:** Saturday, July 08, 2017 2:21 PM
**To:** John Viator <John.Viator@bblawla.com>; Patrick Hunt <patrick.hunt@bblawla.com>
**Cc:** Madigan, Thomas <tmadigan@SHERGARNER.com>; Garner, James M. <JGarner@SHERGARNER.com>; Sher, Leopold <LSher@shergarner.com>
**Subject:** Dow/TBC- Rule 37 conference this week

John and Patrick,

Are you available Monday or Tuesday for a Rule 37 conference?  We'd like to discuss Dow's recent production, including redactions/privilege log.  We'd also like to discuss the custodians Dow searched for its responses.  Our understanding from our prior phone conversation is that only Hertzing and Craft were searched and TBC would like other custodians, such as Gerard Becnel, searched as well.  Thank you.

Regards,

Eric



**ERIC J. BLEVINS | ATTORNEY AT LAW | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | eblevins@shergarner.com | O: 504-299-2135 | F: 504-299-2335

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.


In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

---

CONFIDENTIALITY MESSAGE Privileged: This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the specific individual or entity named above. If you or your employer is not the intended recipient of this e-mail or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail is strictly prohibited. If you have received this transmission in error, please immediately delete the message.

---

CIRCULAR 230: Pursuant to federal tax regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any advice contained in this communication regarding federal taxes is not written or intended to be used, and cannot be used, by any person as the basis for avoiding federal tax penalties under the Internal Revenue Code, nor can such advice be used or referred to for the purpose of promoting, marketing or recommending any entity, investment, plan or arrangement.

---