UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEXAS BRINE COMPANY, LLC | LEAD: CIVIL ACTION: 2:15-cv-01102 |
| *PLAINTIFF* | C/W    CIVIL ACTION: 2:15-cv-03324 |
| VERSUS | SEC. N: CHIEF JUDGE KURT D. ENGELHARDT |
| THE DOW CHEMICAL COMPANY, ET AL. | DIV. 1: MAG. JUDGE JANIS VAN MEERVELD |
| *DEFENDANTS* | * APPLIES TO ALL CASES |

## DEFENDANTS' WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, come Defendants, The Dow Chemical Company and Dow Hydrocarbons & Resources, LLC (collectively "Dow") and Clifton Land Corporation, who file this list of the witnesses it will or may call and exhibits it expects to or may introduce at the trial of this matter:

## FACT WITNESSES

| | Full Name | Will or May Call | Expected area of testimony |
|---|---|---|---|
| 1. | Jon Jeffery Hertzing | May Call | Regarding the facts and allegations at issue in this litigation, including but not limited to the operation of Dow # 18. |
| 2. | Daniel Craft | May Call | Regarding the facts and allegations at issue in this litigation, including but not limited to the current out of service monitoring of Dow #18. |
| 3. | Gerard Becnel | May Call | Regarding the facts and circumstances surrounding the allegations asserted against the Defendants including, but not limited to, information concerning Dow's operation of Dow # 18. |
| 4. | Clay Clifton | May Call | Representative of Clifton Land Corporation. |

| 5. | Joel Warneke | May Call | Regarding Plaintiffs' actual or constructive knowledge of Dow Well No. 18's alleged encroachment and impact on the Property at issue in this litigation, Plaintiffs' past and future operations on the Napoleonville Salt Dome and in the Gulf Coast Region, Plaintiffs' alleged damages, and topics covered in his deposition. |
|---|---|---|---|
| 6. | Ted Grabowski | May Call | Regarding Plaintiffs' actual or constructive knowledge of Dow Well No. 18's alleged encroachment and impact on the Property at issue in this litigation, Plaintiffs' past and future operations on the Napoleonville Salt Dome and in the Gulf Coast Region, Plaintiffs' alleged damages, and topics covered in his deposition. |
| 7. | John Sergo | May Call | Regarding Plaintiffs' actual or constructive knowledge of Dow Well No. 18's alleged encroachment and impact on the Property at issue in this litigation, Plaintiffs' past and future operations on the Napoleonville Salt Dome and in the Gulf Coast Region, Plaintiffs' alleged damages, and topics covered in his deposition. |
| 8. | Matt Slezak | May Call | Regarding Plaintiffs' actual or constructive knowledge of Dow Well No. 18's alleged encroachment and impact on the Property at issue in this litigation, Plaintiffs' past and future operations on the Napoleonville Salt Dome and in the Gulf Coast Region, Plaintiffs' alleged damages, and topics covered in his deposition. |
| 9. | Brian Rapp | May Call | Regarding Plaintiffs' actual or constructive knowledge of Dow Well No. 18's alleged encroachment and impact on the Property at issue in this litigation, Plaintiffs' past and future operations on the Napoleonville Salt Dome and in the Gulf Coast Region, Plaintiffs' alleged damages, and topics covered in his deposition. |
| 10. | Mark Cartwright | May Call | Regarding Plaintiffs' actual or constructive knowledge of Dow Well No. 18's alleged encroachment and |

| | | | |
|---|---|---|---|
| | | | impact on the Property at issue in this litigation, Plaintiffs' past and future operations on the Napoleonville Salt Dome and in the Gulf Coast Region, Plaintiffs' alleged damages, and topics covered in his deposition. |
| 11. | Ryan Vickers | May Call | Regarding Plaintiffs' actual or constructive knowledge of Dow Well No. 18's alleged encroachment and impact on the Property at issue in this litigation, Plaintiffs' past and future operations on the Napoleonville Salt Dome and in the Gulf Coast Region, Plaintiffs' alleged damages, and topics covered in his deposition. |
| 12. | Bruce Martin | May Call | Regarding Plaintiffs' actual or constructive knowledge of Dow Well No. 18's alleged encroachment and impact on the Property at issue in this litigation, Plaintiffs' past and future operations on the Napoleonville Salt Dome and in the Gulf Coast Region, Plaintiffs' alleged damages, and topics covered in his deposition. |
| 13. | Kenneth Blanchard | May Call | Regarding Plaintiffs' actual or constructive knowledge of Dow Well No. 18's alleged encroachment and impact on the Property at issue in this litigation, Plaintiffs' past and future operations on the Napoleonville Salt Dome and in the Gulf Coast Region, Plaintiffs' alleged damages, and topics covered in his deposition. |
| 14. | AB Trevino | May Call | Regarding Plaintiffs' actual or constructive knowledge of Dow Well No. 18's alleged encroachment and impact on the Property at issue in this litigation, Plaintiffs' past and future operations on the Napoleonville Salt Dome and in the Gulf Coast Region, Plaintiffs' alleged damages, and topics covered in his deposition. |
| 15. | Jeff McCartney | May Call | Regarding Plaintiffs' actual or constructive knowledge of Dow Well No. 18's alleged encroachment and impact on the Property at issue in this litigation, Plaintiffs' past and future |

| | | | |
|---|---|---|---|
| | | | operations on the Napoleonville Salt Dome and in the Gulf Coast Region, Plaintiffs' alleged damages, and topics covered in his deposition. |
| 16. | Andrew McKay | May Call | Regarding Plaintiffs' actual or constructive knowledge of Dow Well No. 18's alleged encroachment and impact on the Property at issue in this litigation, Plaintiffs' past and future operations on the Napoleonville Salt Dome and in the Gulf Coast Region, Plaintiffs' alleged damages, and topics covered in his deposition. |
| 17. | Kevin Hill | May Call | Regarding his interpretation of the Legend 3D seismic data, and topics covered in his deposition. |
| 18. | Mike Truax | May Call | Regarding his December 10, 2014 appraisal, and topics covered in his deposition. |
| 19. | Joe Ratigan | May Call | Regarding Plaintiffs' actual or constructive knowledge of Dow Well No. 18's alleged encroachment and impact on the Property at issue in this litigation, Annual Subsidence Surveys on the Napoleonville Salt Dome, and topics covered in his deposition. |
| 20. | Wayne Sneed | May Call | Regarding Plaintiffs' actual or constructive knowledge of Dow Well No. 18's alleged encroachment and impact on the Property at issue in this litigation, Annual Subsidence Surveys on the Napoleonville Salt Dome, and topics covered in his deposition. |
| 21. | James Dobson | May Call | Regarding Plaintiffs' actual or constructive knowledge of Dow Well No. 18's alleged encroachment and impact on the Property at issue in this litigation, Annual Subsidence Surveys on the Napoleonville Salt Dome, and topics covered in his deposition. |
| 22. | Wade Alleman | May Call | Regarding discussions between Plaintiffs and Occidental regarding future wells on the Property at issue in this litigation. |
| 23. | Any witness identified, listed, called at trial or hearing, or subpoenaed by any party | May Call | |

74710

| 24. | Any witness deposed during discovery | May Call | |
|-----|--------------------------------------|----------|--|
| 25. | Any witness identified during the deposition of any witness or party in this matter | May Call | |
| 26. | Any witness necessary to authenticate or provide other evidentiary grounds (e.g., business records, public records, government records) for admission of any listed exhibit | May Call | |
| 27. | Any witness necessary to address documents within the public records | May Call | |
| 28. | Any witness necessary to authenticate or introduce any document, including but not limited to records custodians or individuals whose names appear on documents | May Call | |
| 29. | Any impeachment or rebuttal witness necessitated upon testimony of fact and expert witnesses of any other party | May Call | |

## EXPERT WITNESSES

| | Full Name | Will or May Call | Expected area of testimony |
|---|---|---|---|
| 1. | L. Brun Hilbert, Jr., Ph.D., P.E. | Will Call | Professional Engineer with expertise in mechanical and petroleum engineering. In the area of mechanical engineering, Dr. Hilbert has expertise in computational stress analysis, continuum mechanics, geomechanics, geology, and the mechanics of materials. In the area of petroleum engineering, Dr. Hilbert has expertise in well drilling and design, well production and wellhead equipment, well stability and sand production, well stimulation, drilling mechanics, rock mechanics, reservoir geomechanics, fixed and floating offshore platforms, and the structural integrity and leak resistance of the threaded connections. In the area of geomechanics, Dr. Hilbert has expertise in evaluating the structural integrity of wells in compacting or deforming reservoir rocks. Dr. Hilbert also has expertise in the stability of underground storage structures, in the operations, regulations, and mechanical behavior of solution-mined salt caverns, and in gas and liquid hydrocarbon storage in solution-mined salt caverns. See also, Dr. Hilbert's expert reports in this matter. |
| 2. | Ralph J. Stephens, CPA, JD, ABV, CFF | Will Call | Certified Public Accountant who is accredited in business valuation and certified in financial forensics will address Plaintiffs' damage model. See Mr. Stephens' expert reports in this matter. |
| 3. | Norbert F. Schexnayder, Jr., ARA | May Call | Louisiana State certified general real estate appraiser with expertise in real estate appraisals. See Mr. Schexnayder's report in this matter. |
| 4. | Any expert witness identified, listed, called at trial or hearing, or subpoenaed by any party | May Call | |

**EXHIBIT LIST**

| | Trial Doc Description | Date | Document Id | Bates End | Offer |
|---|---|---|---|---|---|
| 1 | Report entitled "Proximity of Class II and Class III Well Caverns to the Edge of the Napoleonville Salt Dome (PB-0374)" dated July 2013, prepared in part for TBC through one of its wholly owned subsidiaries. | | DOW_TBC000877 | DOW_TBC000907 | May offer |
| 2 | Email from Joe Ratigan, Ph.D., P.E., to Stephen Lee | 7/25/13 | DOW_TBC000875 | | May offer |
| 3 | Grand Bayou Operations Procedure- Depressure Dow 18 | | DOW_TBC000818 | DOW-TBC000821 | May offer |
| 4 | Out of Service Well Parameters | | DOW_TBC000019 | DOW_TBC000020 | May offer |
| 5 | Dow- 18 Anomalies Log 2011-2015 | | DOW_TBC000816 | DOW_TBC000817 | May offer |
| 6 | Dow- 18 Pressures Chart | | DOW_TBC000868 | | May offer |
| 7 | MOC Number: LAOGBAYU2010110006 Facility: Grand Bayou | | DOW_TBC001061 | DOW_TBC001063 | May offer |
| 8 | Dow Brine 018- Well Pressure Monitoring Graph | | DOW_TBC000384 | | May offer |
| 9 | Dow-18 Pressure Monitoring (September 2006- YTD) | | DOW_TBC000822 DOW_TBC003359 | DOW_TBC000867 DOW_TBC003422 | May offer |
| 10 | Dow- 18 Run Chart 2012-2014 | | DOW_TBC000872 | | May offer |

| 11 | Dow- 18 Run Chart 2014-2015 | | DOW_TBC000873 | | May offer |
|----|------|--|------|--|------|
| 12 | Depressure Summary spreadsheet | | DOW_TBC000021-000044, DOW_TBC003680-003726, DOW_TBC010164-010237 | | May offer |
| 13 | Dow Well 18 Log Book Notes | | DOW_TBC000766-000815, DOW_TBC003425-003430 | | May offer |
| 14 | MET-2 Out of Service Caverns Management Pressure Control Document Overview | | DOW_TBC001070 | DOW_TBC001078 | May offer |
| 15 | Email and LDNR Amended Compliance Notice | | DOW_TBC000017 | DOW_TBC000018 | May offer |
| 16 | Encroachment letter from Oxy | | DOW_TBC000908 | DOW_TBC000911 | May offer |
| 17 | Oxy Wells 1 and 3 follow-up letters | | DOW_TBC001106 | DOW_TBC001111 | May offer |
| 18 | Application for Alternative Means of Compliance | | DOW_TBC000918 | | May offer |
| 19 | Precision Level Surveys and Subsidence Analysis, Napoleonville Salt Dome, Grand Bayou, Louisiana 2014 Report to Napoleonville Operators | | DOW_TBC000919 | DOW_TBC001010 | May offer |
| 20 | Dow #18 sonar surveys | | DOW_TBC000166-230, 319-383, 387-765 and SNRWIRE 001-567 | | May offer |
| 21 | Sonic Surveys report regarding Dow #18 Well's mechanical integrity | | DOW_TCB000006- | DOW_TCB000016 | May offer |
| 22 | Dow #18 Directional survey | | DOW_TBC000315 | DOW_TBC000318 | May offer |
| 23 | Well 18 Quality Data | | DOW_TBC003423 DOW_TBC179864 DOW_TBC180440 | DOW_TBC003424 DOW_TBC179926 | May offer |

| 24 | Dow's entire production in this matter | | DOW_TBC000001 | Currently DOW_TBC185781 | May offer |
|---|---|---|---|---|---|
| 25 | Plaintiff's entire production in this matter | | TBC-0001 | Currently TBC018250 | May offer |
| 26 | All Documents produced by Sonar Wire pursuant to STD | | SNRWIRE001 | SNRWIRE567 | May offer |
| 27 | All Documents produced by Miller Engineering pursuant to STD | | Including, but not limited to, Miller0001-0301 | | |
| 28 | All Documents produced by Discovery Land Group pursuant to SDT | | | | |
| 29 | Any documents relied upon by Dow's experts | | Including but not limited to, HILBERT_DOW000001-001084 and DOW_TBC003680-005990 | | May offer |
| 30 | Any and all diagrams, drawings, or blowups of any listed document, or projected images of the same | | | | May offer |
| 31 | Any and all demonstrative aids that may be used at trial by any witness or party in this litigation | | | | May offer |
| 32 | Any and all power point slides or other electronic presentation that may be used at trial by any witness or party in this litigation | | | | May offer |
| 33 | Any and all documents produced by any other party, including documents that have been promised and due for production by any party in the premises, or any documents identified or produced in discovery still to occur | | | | May offer |

74710

| 34 | Any and all expert reports issued in this lawsuit, including but not limited to, any and all exhibits, attachments, aerials, photographs, diagrams, appendices, figures, and video attached thereto | | | | May offer |
|----|----|----|----|----|----|
| 35 | Any and all documents produced by or relied upon by any expert in this litigation | | | | May offer |
| 36 | All documents produced via Subpoena Duces Tecum | | | | May offer |
| 37 | All documents produced in written discovery by any party | | | | May offer |
| 38 | Documents to be used for impeachment | | | | May offer |
| 40 | All transcripts or videotapes of depositions taken in this litigation (past, present and future), and any documents referred to therein or exhibits attached thereto, as permitted by the Louisiana Code of Civil Procedure and Louisiana Code of Evidence | | | | May offer |
| 41 | All transcripts or videotapes of depositions or trial testimony produced by any party in this litigation | | | | May offer |
| 42 | Any and all documents identified during discovery | | | | May offer |
| 43 | Any document identified as an exhibit during any deposition in this case | | | | May offer |
| 44 | Any exhibit listed by any other party herein | | | | May offer |

74710

| 45 | All written discovery responses and all documents voluntarily produced, or which may be produced, by any party in this proceeding, or through any subpoena or other discovery process employed in this case. | | | | May offer |
|----|----|----|----|----|----|
| 46 | Dow and Clifton Land Corporation reserve the right to supplement this exhibit list after remaining depositions in this case have occurred. | | | | May offer |

Submitted By:

**BIENVENU, BONNECAZE, FOCO, VIATOR & HOLINGA, APLLC**

By: *s/ Patrick H. Hunt*
David M. Bienvenu, Jr., #20700
John Allain Viator, #25915
Phillip E. Foco, #25670
Patrick H. Hunt, #34599
Colin P. O'Rourke, #37252
4210 Bluebonnet Blvd.
Baton Rouge, LA 70809
Phone:  (225) 388-5600
Fax:  (225) 388-5622
david.bienvenu@bblawla.com
john.viator@bblawla.com
phillip.foco@bblawla.com
patrick.hunt@bblawla.com
colin.orourke@bblawla.com

*Attorneys for The Dow Chemical Company and Dow Hydrocarbons & Resources, LLC, and Clifton Land Corporation*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 2nd day of January, 2018.


<div align="center" style="margin-left:50%">

_s/ Patrick H. Hunt_
Patrick H. Hunt

</div>