UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEXAS BRINE COMPANY, LLC | CIVIL ACTION |
| VERSUS | NO.   15-1102 c/w |
| | 15-3324 |
| DOW CHEMICAL COMPANY, ET AL. | SECTION "N" (1) |

**ORDER**

      **IT IS ORDERED** that the motions seeking leave to file documents under seal bearing record document numbers 251, 254, 255, 257, 258, 259 and 268 are **GRANTED**.

      New Orleans, Louisiana, this 12th day of January 2018.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**