UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TEXAS BRINE CO., LLC, ET AL. | * | CIVIL ACTION NO. 15-1102 |
| | * | C/W 15-3324 |
| | * | |
| VERSUS | * | SECTION: "N"(1) |
| | * | |
| DOW CHEMICAL COMPANY, ET AL. | * | JUDGE KURT D. ENGELHARDT |
| | * | |
| | * | MAGISTRATE JUDGE |
| *Applies to all cases* | | JANIS VAN MEERVELD |
| ************************************* | * | |

ORDER

Before the Court is the Motion to Quash filed by Occidental, Chemical Corporation (Rec. Doc. 334); Occidental's Request for Oral Argument on the Motion to Quash (rec. Doc. 335); the Motion for Leave to File Motion to Compel under Seal filed by the Plaintiffs (Rec. Doc. 347); the Plaintiffs' Motion to Expedite the referenced Motion to Compel and Motion to Quash (Rec. Doc. 348); and the Plaintiffs Request for Oral Argument regarding the Motion to Quash and the Motion to Compel (Rec. Doc. 349).

The United States Supreme Court has recognized the public's right to "inspect and copy public records and documents, including judicial records and documents." Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 597, 98 S. Ct. 1306, 1312, 55 L. Ed. 2d 570 (1978). Although this rule "establishes a presumption of public access to judicial records," the public's right of access is not absolute. S.E.C. v. Van Waeyenberghe, 990 F.2d 845, 848 (5th Cir. 1993). "In exercising its discretion to seal judicial records, the court must balance the public's common law right of access against the interests favoring nondisclosure." Id.

In light of this standard, the Court requested that the parties confer and determine which documents should be maintained under seal. The parties agreed that all manually attached

1

documents except for exhibits 3 and 11 can be filed into the public record. The court finds the referenced exhibits are appropriately kept under seal because they contain confidential information.

Accordingly,

IT IS ORDERED that the Motion for Leave to File Documents under Seal (Rec. Doc. 347) is GRANTED in part and DENIED in part, as follows:

The Motion to Compel, Memorandum in Support, and Exhibits 1, 2, 4, 5, 6, 7, 8, 9, and 10 shall be filed into the public record. *Exhibits 3 and 11 shall be filed under seal.*

IT IS FURTHER ORDERED that the Motion to Expedite (Rec. Doc. 347) is GRANTED; the Motion to Quash (Rec. Doc. 334) and Motion to Compel shall be set for submission on February 7, 2018, with oral argument before Magistrate Judge Janis van Meerveld, Courtroom B-309, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130. Memoranda in opposition shall be filed by February 5, 2018 at noon. No reply memoranda shall be allowed.

New Orleans, Louisiana, this 31st day of January, 2018.

_____
Janis van Meerveld
United States Magistrate Judge

*\*\*\*The Court strongly encourages argument by junior attorneys, particularly where the junior attorneys drafted or contributed significantly to the underlying motion or response. Accordingly, if a junior attorney (i.e., a lawyer practicing for less than seven years) argues a motion or opposition for a party, the Court will allow multiple attorneys to argue for that party so that issues can be split between attorneys or a more senior attorney can offer clarification, if necessary.*