UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TEXAS BRINE COMPANY, LLC** | LEAD: CIVIL ACTION: 2:15-CV-01102 |
| *PLAINTIFF* | C/W   CIVIL ACTION: 2:15-CV-03324 |
| **VERSUS** | SEC. N: CHIEF JUDGE KURT D. ENGELHARDT |
| **THE DOW CHEMICAL COMPANY, ET AL.** | DIV. 1: MAG. JUDGE JANIS VAN MEERVELD |
| *DEFENDANTS* | * APPLIES TO ALL CASES |

**DAUBERT MOTION TO EXCLUDE TESTIMONY AND OPINIONS
OF BRUCE MARTIN, TED GRABOWSKI, R. WAYNE SNEED, AND MARK CARTWRIGHT
REGARDING FUTURE LOST REVENUES RELATING TO THE ALLEGEDLY LOST WELLS**

Defendants, **The Dow Chemical Company, Dow Hydrocarbons & Resources, LLC**, and **Clifton Land Corporation** (collectively "**Defendants**"), pursuant to Fed. R. Evid. 403, 702, 703 and *Daubert, et al. v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), move this Court to exclude the opinions and testimony of Bruce Martin, Ted Grabowski, R. Wayne Sneed, and Mark Cartwright regarding future lost revenues relating to the allegedly lost wells on the property at issue. Specifically, Defendants request exclusion of the following testimony and/or opinions from Martin, Grabowski, Sneed and Cartwright:

1. ███████████████████████████████████████

2. ███████████████████████████████████████
   █████████████

3. ███████████████████████████████████████
   ███████████████████████████████████████
   ██████████████████████████

4. ███████████████████████████████████████
   ███████████████████████████████

1

82207

5. ███████████████████████████████████████

███████████████████████████████████████

████████████████████████

6. ███████████████████████████████████████

████████████████████████████

7. ███████████████████████████████████████

██████████████████████████████████████

For the foregoing reasons, which are more fully discussed in the accompanying Memorandum in Support, Defendants pray that this motion be deemed good and sufficient and that after all due proceedings are had, that the testimony and opinions of Bruce Martin, Ted Grabowski, R. Wayne Sneed, and Mark Cartwright regarding lost future revenues relating to the allegedly lost wells on the property at issue be excluded from presentation to the jury.

82207

Respectfully submitted by:

**BIENVENU, BONNECAZE, FOCO, VIATOR & HOLINGA, APLLC**

By: s/ John Allain Viator
David M. Bienvenu, Jr., #20700
John Allain Viator, #25915
Phillip E. Foco, #25670
Anthony J. Lascaro, #32546
Patrick H. Hunt, #34599
Colin P. O'Rourke, #37252
4210 Bluebonnet Blvd.
Baton Rouge, LA 70809
Phone:  (225) 388-5600
Fax:  (225) 388-5622
david.bienvenu@bblawla.com
john.viator@bblawla.com
phillip.foco@bblawla.com
anthony.lascaro@bblawla.com
patrick.hunt@bblawla.com
colin.orourke@bblawla.com

*Attorneys for The Dow Chemical Company and Dow Hydrocarbons & Resources, LLC, and Clifton Land Corporation*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 6th day of February, 2018.

s/ John Allain Viator
John Allain Viator