UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEXAS BRINE COMPANY, LLC AND LOUISIANA SALT, LLC | LEAD: CIVIL ACTION: 2:15-cv-01102 |
| *PLAINTIFFS* | C/W   CIVIL ACTION: 2:15-cv-03324 |
| VERSUS | SEC. N: CHIEF JUDGE KURT D. ENGELHARDT |
| THE DOW CHEMICAL COMPANY, ET AL. | DIV. 1:  MAG. JUDGE JANIS VAN MEERVELD |
| *DEFENDANTS* | * APPLIES TO ALL CASES |

## NOTICE OF MANUAL ATTACHMENT

TO: ALL COUNSE OF RECORD

Defendants, The Dow Chemical Company, Dow Hydrocarbons & Resources, LLC, and Clifton Land Corporation, hereby give notice that it have moved this Court for leave to file the following documents under seal pursuant to Local Rule 5.6:

1. Unredacted Daubert Motion to Exclude Testimony and Opinions of Bruce Martin, Ted Grabowski, R. Wayne Sneed, and Mark Cartwright Regarding Future Lost Revenues Relating to the Allegedly Lost Wells

2. Memorandum in Support

3. Exhibit B

4. Exhibit C

5. Exhibit E

6. Exhibit G

7. Exhibit J

8. Exhibit K

1

81660

Submitted By:

BIENVENU,  BONNECAZE,  FOCO,  VIATOR
& HOLINGA,  APLLC

By: s/  John Allain Viator
David M. Bienvenu, Jr., #20700
John Allain Viator, #25915
Phillip E. Foco, #25670
Anthony J. Lascaro, #32546
Colin P. O'Rourke, #37252
Melissa J. Shaffer, #37867
4210 Bluebonnet Blvd.
Baton Rouge, LA 70809
Phone:  (225) 388-5600
Fax:  (225) 388-5622
david.bienvenu@bblawla.com
john.viator@bblawla.com
phillip.foco@bblawla.com
patrick.hunt@bblawla.com
anthony.lascaro@bblawla.com
colin.orourke@bblawla.com
jade.shaffer@bblawla.com

Attorneys for The Dow Chemical Company and
Dow Hydrocarbons & Resources, LLC, and Clifton
Land Corporation

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 6th day of February, 2018.

s/ John Allain Viator
John Allain Viator

81660