

LaPorte, APAC
111 Veterans Blvd. | Suite 600
Metairie, LA 70005
504.835.5522 | Fax 504.835.5535
**LaPorte.com**

## Texas Brine Company, LLC and Louisiana Salt, LLC

### vs.

## The Dow Chemical Company, et al.

## USDC, ED No. 2:15-cv-01102

Supplemental Expert Report of Holly Sharp, CPA, CFE, CFF

January 22, 2018

©LaPorte, APAC, 2018, *All Rights Reserved.*

LOUISIANA • TEXAS

An Independently Owned Member, RSM US Alliance
RSM US Alliance member firms are separate and independent businesses and legal entities that
are responsible for their own acts and omissions, and each is separate and independent from
RSM US LLP. RSM US LLP is the U.S. member firm of RSM International, a global network of
independent audit, tax, and consulting firms. Members of RSM US Alliance have access to RSM
International resources through RSM US LLP but are not member firms of RSM International.

Exhibit A

**LaPorte CPAs & Business Advisors**
Texas Brine Company, LLC and Louisiana Salt, LLC v. The Dow Chemical Company, et al.

# TABLE OF CONTENTS

OVERVIEW ............................................................................................................................3

QUALIFICATIONS ................................................................................................................4

BACKGROUND UNDERSTANDING .................................................................................5

DOCUMENTS CONSIDERED ............................................................................................5

ASSUMPTIONS ....................................................................................................................6

VALUE OF SALT OVER-MINED BY DOW DURING ITS OPERATION OF DOW #18 WELL..........8

LOST ROYALTY REVENUES AND DEPLETION BENEFITS ..................................................9

LOST STORAGE REVENUES ............................................................................................11

PRESENT VALUE OF LOST ROYALTY REVENUES AND DEPLETION BENEFITS...........................12

    SCENARIO ONE:  FUTURE LOST ROYALTY REVENUE AND DEPLETION BENEFIT AMOUNTS ARE DISCOUNTED TO PRESENT VALUE AS OF FEBRUARY 1, 2015 AT 3.56 PERCENT........12

    SCENARIO TWO:  FUTURE LOST ROYALTY REVENUE AND DEPLETION BENEFIT AMOUNTS ARE DISCOUNTED TO PRESENT VALUE AS OF FEBRUARY 1, 2015 AT 15 PERCENT...........13

PRESENT VALUE OF LOST STORAGE REVENUES..........................................................14

    SCENARIO ONE:   FUTURE LOST STORAGE AMOUNTS ARE DISCOUNTED TO PRESENT VALUE AS OF FEBRUARY 1, 2015 AT 3.56 PERCENT ....................................................14

    SCENARIO TWO:   FUTURE LOST STORAGE AMOUNTS ARE DISCOUNTED TO PRESENT VALUE AS OF FEBRUARY 1, 2015 AT 15 PERCENT ....................................................15

CONCLUSION .....................................................................................................................16



**LaPorte CPAs & Business Advisors**
Texas Brine Company, LLC and Louisiana Salt, LLC v. The Dow Chemical Company, et al.

## OVERVIEW

I have been engaged by the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. and its clients, Texas Brine Company, LLC ("Texas Brine") and Louisiana Salt, LLC ("Louisiana Salt") to review certain records and documents pertaining to the litigation "Texas Brine Company, LLC and Louisiana Salt, LLC v. The Dow Chemical Company ("Dow"), et al." and render my professional opinion with respect to the following issues:

1. What is the value of salt over-mined by Dow during its operating of Dow #18 Well?
2. What is the present value as of February 1, 2015 of lost royalty revenues and depletion benefits to Texas Brine/Louisiana Salt for three brine well locations?
3. What is the present value as of February 1, 2015 of lost storage revenues to Texas Brine/Louisiana Salt for fifty percent of three brine well locations?

This report supplements my reports dated June 15, 2017, and October 3, 2017. This supplemental report applies the same methodology as that in my June 15, 2017 and October 3, 2017 reports. This supplemental report lowers the depletion benefit to Texas Brine, based on the corporate income tax rate changes set forth in the "Tax Cuts & Jobs Act" signed into law on December 22, 2017. (See Assumption 11.)

The following additional documents were provided to me after the issuance of my report dated October 3, 2017:

1. Form 1065 U.S. Return of Partnership Income for Louisiana Salt LLC for years 2015 and 2016;
2. TBC011116-TBC011120;
3. TBC011161-TBC011171;
4. TBC011122-TBC011136;
5. TBC010160.



**LaPorte CPAs & Business Advisors**
Texas Brine Company, LLC and Louisiana Salt, LLC v. The Dow Chemical Company, et al.

## QUALIFICATIONS

I am the Director of Consulting and a shareholder of LaPorte CPAs & Business Advisors.  I am also an adjunct professor at the A. B. Freeman School of Business, Tulane University.  I am a Certified Public Accountant ("CPA"), Certified Fraud Examiner ("CFE"), and Certified in Financial Forensics ("CFF").  I have testified numerous times in damage cases.  I have authored publications on damage calculation and have taught continuing education courses to CPAs on damage calculation.  I am being compensated for my services at an hourly rate of $325.  My curriculum vitae, including my publications and testimony over the past four years, is provided in the attached Appendix A.

The opinions and analyses contained in this report are based upon my knowledge, experience and training as a CPA, CFE, and CFF.  The methodologies that I have employed in undertaking my analysis are generally accepted in these fields.

My opinions are accounting, economic and financial opinions.  I have no opinion regarding the legal liability of any party in this matter and my calculations should not be construed to establish liability on the part of any party.



LaPorte CPAs & Business Advisors
Texas Brine Company, LLC and Louisiana Salt, LLC v. The Dow Chemical Company, et al.

## BACKGROUND UNDERSTANDING

Dow's operation of Dow #18 Well encroached onto Texas Brine property, which has resulted in the loss of three well locations to Texas Brine/ Louisiana Salt. Dow's operation of Dow #18 Well also resulted in over-mining of salt by Dow. Texas Brine lost the value of salt that Dow over-mined during its operating of Dow #18 Well; Texas Brine/Louisiana Salt have lost the value of salt that cannot be mined from the three well locations. Texas Brine/Louisiana Salt also have lost the future storage revenues that would have been available upon the completion of brine operations at the three well locations.

## DOCUMENTS CONSIDERED

In the course of my work for this report, I considered the following documents:

1. Third Supplemental, Amended, and Restated Complaint;
2. The Dow Chemical Company and Dow Hydrocarbons & Resources' Objections and Responses to Texas Brine Company, LLC's Interrogatories;
3. The Dow Chemical Company and Dow Hydrocarbons & Resources, L.L.C.'s Objections and Responses to Texas Brine Company, LLC's Requests for Production of Documents;
4. Texas Brine Company, LLC's Responses to Dow Chemical Company's Third Set of Requests for Admission, Interrogatories, and Requests for Production of Documents;
5. Supplemental Responses to Dow's First Set of Requests for Production of Documents;
6. Act of Sale by Texas Brine Company, LLC to Louisiana Salt, LLC dated November 30, 2015 by Grantor and September 16, 2016 by Grantee;
7. DOW_TBC001245-1247;
8. Deposition of Jon Jeffrey Hertzing, Vol. I taken on May 26, 2016;
9. Deposition of Jon Jeffrey Hertzing, Vol. II taken on September 7, 2016;
10. Exhibits 3 through 6 to deposition of Jon Jeffrey Hertzing;
11. Texas Brine Company, LLC and Subsidiaries Consolidated Financial Statements as of and for the Years Ended December 31, 2016 and 2015;
12. United Brine Pipeline Company, LLC Financial Statements as of and for the Years Ended December 31, 2016 and 2015;
13. Pure Salt, LLC and Subsidiary Consolidated Financial Statements as of and for the Years Ended December 31, 2016 and 2015;
14. Louisiana Salt, LLC Financial Statements as of and for the Year Ended December 31, 2016 and for the Period from Inception (December 18, 2015) through December 31, 2015;
15. Report of Leo Van Sambeek, Ph.D., PE dated October 3, 2017.

I also conducted telephone interviews with Mr. Wayne Sneed and Mr. Joel Warneke of Texas Brine.



LaPorte CPAs & Business Advisors
Texas Brine Company, LLC and Louisiana Salt, LLC v. The Dow Chemical Company, et al.

## ASSUMPTIONS

1. Dow over-mined 359.7 tons of salt during its operating of Dow #18 Well.
2. Texas Brine would have received a royalty rate and depletion benefit of $0.63 and $2.40, respectively for each ton of over-mined salt.
3. Each lost well would have produced brine from 7,500,000 tons of salt.
4. Each lost well would have produced brine under three alternatives:
   A. 750,000 annual tons of salt;
   B. 600,000 annual tons of salt;
   C. 450,000 annual tons of salt.
5. The three lost well locations would have been placed in service by Texas Brine over the following timetable:
   A. 750,000 tons per year;
      i. Wells 1 and 2 on January 1, 2022;
      ii. Well 3 on January 1, 2032;
   B. 600,000 tons per year;
      i. Wells 1 and 2 on January 1, 2022;
      ii. Well 3 on January 1, 2034;
   C. 450,000 tons per year;
      i. Wells 1 and 2 on January 1, 2022;
      ii. Well 3 on January 1, 2038.
6. Texas Brine would have realized storage revenues from fifty percent of the lost wells (Well 1 and 50 percent of Well 3) commencing over the following timetable:
   A. 750,000 tons per year;
      i. Well 1 on January 1, 2032;
      ii. Well 3 on January 1, 2042;
   B. 600,000 tons per year;
      i. Well 1 on January 1, 2035;
      ii. Well 3 on January 1, 2047;
   C. 450,000 tons per year;
      i. Well 1 on January 1, 2039;
      ii. Well 3 on January 1, 2055.
7. Annual storage revenues total $1,000,000 per well in year 2017 dollars.
8. The rental term for storage rentals averages 20 years.
9. Texas Brine's royalty rate is $0.63 per ton of salt in year 2017 dollars.
10. Texas Brine's royalty rate and storage revenues increase at an average annual rate of 2.4 percent based on the projected change in the Consumer Price Index ("CPI.")
11. Texas Brine's depletion benefit is $1.46 per ton of salt[1] in year 2018 dollars.
12. Depletion after year 2018 increases at an annual rate of 1.55 percent based on the average percentage change in the Producers' Price Index ("PPI") for industrial commodities less fuels from September, 2006 through August, 2017 (See Schedule One.)
13. The costs to construct Wells 1, 2 and 3 would have been paid for by the brine customer(s).

---

[1] (Salt value of $110 per ton x 10% depletion rate x 21% federal corporate income tax rate/(1-.21))/2).



**LaPorte CPAs & Business Advisors**
Texas Brine Company, LLC and Louisiana Salt, LLC v. The Dow Chemical Company, et al.

14. The production costs, transmission costs and overhead and profit for Wells 1, 2 and 3 would have been paid for by the brine customer(s).
15. Texas Brine's average cost of debt is 3.56 percent as of December 31, 2016.
16. Future amounts are discounted to present value as of February 1, 2015 at Texas Brine's weighted average cost of debt of 3.56 percent and the midyear convention (Scenario One.)
17. Future amounts are discounted to present value as of February 1, 2015 Texas Brine's Weighted Average Cost of Capital of 15 percent, applying the midyear convention (Scenario Two.)



**LaPorte CPAs & Business Advisors**
Texas Brine Company, LLC and Louisiana Salt, LLC v. The Dow Chemical Company, et al.

# VALUE OF SALT OVER-MINED BY DOW DURING ITS OPERATION OF DOW #18 WELL

The value of salt over-mine by Dow during its operating of Dow #18 Well totals $1,090:

| Value of Over-Mined Salt | | | |
|---|---|---|---|
| Tons of Over-Mined Salt | Royalty @ $0.63 | Depletion Benefit @ $2.40 | Total Value of Over-Mined Salt |
| 359.70 | $ 227 | $ 863.28 | $ 1,090 |



LaPorte CPAs & Business Advisors
Texas Brine Company, LLC and Louisiana Salt, LLC v. The Dow Chemical Company, et al.

## LOST ROYALTY REVENUES AND DEPLETION BENEFITS

Texas Brine/ Louisiana Salt royalty revenues and depletion benefits per ton are projected for years 2017 through 2054 at the following amounts:

| Royalty and Depletion Benefits | | | |
|---|---|---|---|
| Year | Royalty Revenue Per Ton | Depletion Benefit Per Ton | Total Per-Ton Royalty Revenue and Depletion Benefit |
| 2017 | $ 0.63 | | |
| 2018 | $ 0.65 | $ 1.46 | $ 2.11 |
| 2019 | $ 0.66 | $ 1.48 | $ 2.14 |
| 2020 | $ 0.68 | $ 1.51 | $ 2.18 |
| 2021 | $ 0.69 | $ 1.53 | $ 2.22 |
| 2022 | $ 0.71 | $ 1.55 | $ 2.26 |
| 2023 | $ 0.73 | $ 1.58 | $ 2.30 |
| 2024 | $ 0.74 | $ 1.60 | $ 2.34 |
| 2025 | $ 0.76 | $ 1.63 | $ 2.39 |
| 2026 | $ 0.78 | $ 1.65 | $ 2.43 |
| 2027 | $ 0.80 | $ 1.68 | $ 2.48 |
| 2028 | $ 0.82 | $ 1.70 | $ 2.52 |
| 2029 | $ 0.84 | $ 1.73 | $ 2.57 |
| 2030 | $ 0.86 | $ 1.76 | $ 2.61 |
| 2031 | $ 0.88 | $ 1.78 | $ 2.66 |
| 2032 | $ 0.90 | $ 1.81 | $ 2.71 |
| 2033 | $ 0.92 | $ 1.84 | $ 2.76 |
| 2034 | $ 0.94 | $ 1.87 | $ 2.81 |
| 2035 | $ 0.97 | $ 1.90 | $ 2.86 |
| 2036 | $ 0.99 | $ 1.93 | $ 2.91 |
| 2037 | $ 1.01 | $ 1.96 | $ 2.97 |
| 2038 | $ 1.04 | $ 1.99 | $ 3.02 |
| 2039 | $ 1.06 | $ 2.02 | $ 3.08 |
| 2040 | $ 1.09 | $ 2.05 | $ 3.13 |
| 2041 | $ 1.11 | $ 2.08 | $ 3.19 |
| 2042 | $ 1.14 | $ 2.11 | $ 3.25 |
| 2043 | $ 1.17 | $ 2.14 | $ 3.31 |
| 2044 | $ 1.20 | $ 2.18 | $ 3.37 |
| 2045 | $ 1.22 | $ 2.21 | $ 3.44 |
| 2046 | $ 1.25 | $ 2.25 | $ 3.50 |
| 2047 | $ 1.28 | $ 2.28 | $ 3.56 |
| 2048 | $ 1.31 | $ 2.32 | $ 3.63 |
| 2049 | $ 1.35 | $ 2.35 | $ 3.70 |
| 2050 | $ 1.38 | $ 2.39 | $ 3.77 |
| 2051 | $ 1.41 | $ 2.43 | $ 3.84 |
| 2052 | $ 1.44 | $ 2.46 | $ 3.91 |
| 2053 | $ 1.48 | $ 2.50 | $ 3.98 |
| 2054 | $ 1.52 | $ 2.54 | $ 4.06 |



**LaPorte CPAs & Business Advisors**
Texas Brine Company, LLC and Louisiana Salt, LLC v. The Dow Chemical Company, et al.

Texas Brine/ Louisiana Salt royalty revenues and depletion benefits for 750,000, 600,000, and 450,000 annual tons per well are projected for years 2022 through 2054 at the following amounts:

| | Projected Royalty Revenue and Depletion Benefit | | | | | |
|---|---|---|---|---|---|---|
| | 750,000 tons per year | | 600,000 tons per year | | 450,000 tons per year | |
| Year | Wells 1 & 2 | Well 3 | Wells 1 & 2 | Well 3 | Wells 1 & 2 | Well 3 |
| 2022 | $ 3,392,945 | | $ 2,714,356 | | $ 2,035,767 | |
| 2023 | $ 3,454,579 | | $ 2,763,664 | | $ 2,072,748 | |
| 2024 | $ 3,517,386 | | $ 2,813,909 | | $ 2,110,432 | |
| 2025 | $ 3,581,389 | | $ 2,865,111 | | $ 2,148,833 | |
| 2026 | $ 3,646,611 | | $ 2,917,289 | | $ 2,187,967 | |
| 2027 | $ 3,713,077 | | $ 2,970,462 | | $ 2,227,846 | |
| 2028 | $ 3,780,812 | | $ 3,024,650 | | $ 2,268,487 | |
| 2029 | $ 3,849,842 | | $ 3,079,873 | | $ 2,309,905 | |
| 2030 | $ 3,920,191 | | $ 3,136,153 | | $ 2,352,115 | |
| 2031 | $ 3,991,888 | | $ 3,193,510 | | $ 2,395,133 | |
| 2032 | | $ 2,032,479 | $ 3,251,966 | | $ 2,438,975 | |
| 2033 | | $ 2,069,714 | $ 3,311,543 | | $ 2,483,657 | |
| 2034 | | $ 2,107,665 | $ 1,686,132 | $ 1,686,132 | $ 2,529,198 | |
| 2035 | | $ 2,146,344 | | $ 1,717,075 | $ 2,575,613 | |
| 2036 | | $ 2,185,767 | | $ 1,748,614 | $ 2,622,921 | |
| 2037 | | $ 2,225,949 | | $ 1,780,759 | $ 2,671,139 | |
| 2038 | | $ 2,266,905 | | $ 1,813,524 | $ 1,813,524 | $ 906,762 |
| 2039 | | $ 2,308,651 | | $ 1,846,921 | | $ 1,385,191 |
| 2040 | | $ 2,351,203 | | $ 1,880,962 | | $ 1,410,722 |
| 2041 | | $ 2,394,576 | | $ 1,915,661 | | $ 1,436,746 |
| 2042 | | | | $ 1,951,031 | | $ 1,463,273 |
| 2043 | | | | $ 1,987,085 | | $ 1,490,313 |
| 2044 | | | | $ 2,023,837 | | $ 1,517,878 |
| 2045 | | | | $ 2,061,302 | | $ 1,545,977 |
| 2046 | | | | $ 1,049,747 | | $ 1,574,621 |
| 2047 | | | | | | $ 1,603,821 |
| 2048 | | | | | | $ 1,633,589 |
| 2049 | | | | | | $ 1,663,936 |
| 2050 | | | | | | $ 1,694,874 |
| 2051 | | | | | | $ 1,726,415 |
| 2052 | | | | | | $ 1,758,572 |
| 2053 | | | | | | $ 1,791,357 |
| 2054 | | | | | | $ 1,824,782 |

LaPorte
CPAs & BUSINESS ADVISORS

**LaPorte CPAs & Business Advisors**
Texas Brine Company, LLC and Louisiana Salt, LLC v. The Dow Chemical Company, et al.

# LOST STORAGE REVENUES

Texas Brine/ Louisiana Salt lost storage revenues for Well 1, and 50 percent of Well 3 are projected for years 2032 through 2074 at the following amounts:

| | Projected Storage Revenues | | | | | |
|---|---|---|---|---|---|---|
| | 750,000 tons per year | | 600,000 tons per year | | 450,000 tons per year | |
| Year | Well 1 | Well 3 | Well 1 | Well 3 | Well 1 | Well 3 |
| 2032 | $ 1,427,248 | | | | | |
| 2033 | $ 1,461,502 | | | | | |
| 2034 | $ 1,496,578 | | | | | |
| 2035 | $ 1,532,496 | | $ 1,532,496 | | | |
| 2036 | $ 1,569,275 | | $ 1,569,275 | | | |
| 2037 | $ 1,606,938 | | $ 1,606,938 | | | |
| 2038 | $ 1,645,505 | | $ 1,645,505 | | | |
| 2039 | $ 1,684,997 | | $ 1,684,997 | | $ 1,684,997 | |
| 2040 | $ 1,725,437 | | $ 1,725,437 | | $ 1,725,437 | |
| 2041 | $ 1,766,847 | | $ 1,766,847 | | $ 1,766,847 | |
| 2042 | $ 1,809,251 | $ 904,626 | $ 1,809,251 | | $ 1,809,251 | |
| 2043 | $ 1,852,673 | $ 926,337 | $ 1,852,673 | | $ 1,852,673 | |
| 2044 | $ 1,897,138 | $ 948,569 | $ 1,897,138 | | $ 1,897,138 | |
| 2045 | $ 1,942,669 | $ 971,334 | $ 1,942,669 | | $ 1,942,669 | |
| 2046 | $ 1,989,293 | $ 994,646 | $ 1,989,293 | | $ 1,989,293 | |
| 2047 | $ 2,037,036 | $ 1,018,518 | $ 2,037,036 | $ 1,018,518 | $ 2,037,036 | |
| 2048 | $ 2,085,925 | $ 1,042,962 | $ 2,085,925 | $ 1,042,962 | $ 2,085,925 | |
| 2049 | $ 2,135,987 | $ 1,067,994 | $ 2,135,987 | $ 1,067,994 | $ 2,135,987 | |
| 2050 | $ 2,187,251 | $ 1,093,625 | $ 2,187,251 | $ 1,093,625 | $ 2,187,251 | |
| 2051 | $ 2,239,745 | $ 1,119,872 | $ 2,239,745 | $ 1,119,872 | $ 2,239,745 | |
| 2052 | | $ 1,146,749 | $ 2,293,499 | $ 1,146,749 | $ 2,293,499 | |
| 2053 | | $ 1,174,271 | $ 2,348,543 | $ 1,174,271 | $ 2,348,543 | |
| 2054 | | $ 1,202,454 | $ 2,404,908 | $ 1,202,454 | $ 2,404,908 | |
| 2055 | | $ 1,231,313 | | $ 1,231,313 | $ 2,462,625 | $ 1,231,313 |
| 2056 | | $ 1,260,864 | | $ 1,260,864 | $ 2,521,728 | $ 1,260,864 |
| 2057 | | $ 1,291,125 | | $ 1,291,125 | $ 2,582,250 | $ 1,291,125 |
| 2058 | | $ 1,322,112 | | $ 1,322,112 | $ 2,644,224 | $ 1,322,112 |
| 2059 | | $ 1,353,843 | | $ 1,353,843 | | $ 1,353,843 |
| 2060 | | $ 1,386,335 | | $ 1,386,335 | | $ 1,386,335 |
| 2061 | | $ 1,419,607 | | $ 1,419,607 | | $ 1,419,607 |
| 2062 | | | | $ 1,453,677 | | $ 1,453,677 |
| 2063 | | | | $ 1,488,566 | | $ 1,488,566 |
| 2064 | | | | $ 1,524,291 | | $ 1,524,291 |
| 2065 | | | | $ 1,560,874 | | $ 1,560,874 |
| 2066 | | | | $ 1,598,335 | | $ 1,598,335 |
| 2067 | | | | | | $ 1,636,695 |
| 2068 | | | | | | $ 1,675,976 |
| 2069 | | | | | | $ 1,716,199 |
| 2070 | | | | | | $ 1,757,388 |
| 2071 | | | | | | $ 1,799,566 |
| 2072 | | | | | | $ 1,842,755 |
| 2073 | | | | | | $ 1,886,981 |
| 2074 | | | | | | $ 1,932,269 |



LaPorte CPAs & Business Advisors
Texas Brine Company, LLC and Louisiana Salt, LLC v. The Dow Chemical Company, et al.

# PRESENT VALUE OF LOST ROYALTY REVENUES AND DEPLETION BENEFITS

## SCENARIO ONE:  FUTURE LOST ROYALTY REVENUE AND DEPLETION BENEFIT AMOUNTS ARE DISCOUNTED TO PRESENT VALUE AS OF FEBRUARY 1, 2015 AT 3.56 PERCENT

| | Present Value of Projected Royalty Revenue and Depletion Benefit @ 3.56 Percent | | | | | | | | |
| | 750,000 tons per year | | | 600,000 tons per year | | | 450,000 tons per year | | |
| Year | Wells 1 & 2 | Well 3 | Total | Wells 1 & 2 | Well 3 | Total | Wells 1 & 2 | Well 3 | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2022 | $ 2,617,290 | | $ 2,617,290 | $2,093,832 | | $2,093,832 | $1,570,374 | | $1,570,374 |
| 2023 | $ 2,573,228 | | $ 2,573,228 | $2,058,582 | | $2,058,582 | $1,543,937 | | $1,543,937 |
| 2024 | $ 2,529,945 | | $ 2,529,945 | $2,023,956 | | $2,023,956 | $1,517,967 | | $1,517,967 |
| 2025 | $ 2,487,427 | | $ 2,487,427 | $1,989,942 | | $1,989,942 | $1,492,456 | | $1,492,456 |
| 2026 | $ 2,445,661 | | $ 2,445,661 | $1,956,529 | | $1,956,529 | $1,467,397 | | $1,467,397 |
| 2027 | $ 2,404,633 | | $ 2,404,633 | $1,923,707 | | $1,923,707 | $1,442,780 | | $1,442,780 |
| 2028 | $ 2,364,329 | | $ 2,364,329 | $1,891,463 | | $1,891,463 | $1,418,597 | | $1,418,597 |
| 2029 | $ 2,324,736 | | $ 2,324,736 | $1,859,789 | | $1,859,789 | $1,394,842 | | $1,394,842 |
| 2030 | $ 2,285,841 | | $ 2,285,841 | $1,828,673 | | $1,828,673 | $1,371,505 | | $1,371,505 |
| 2031 | $ 2,247,631 | | $ 2,247,631 | $1,798,105 | | $1,798,105 | $1,348,579 | | $1,348,579 |
| 2032 | | $ 1,105,047 | $ 1,105,047 | $1,768,075 | | $1,768,075 | $1,326,056 | | $1,326,056 |
| 2033 | | $ 1,086,608 | $ 1,086,608 | $1,738,573 | | $1,738,573 | $1,303,930 | | $1,303,930 |
| 2034 | | $ 1,068,494 | $ 1,068,494 | $854,795 | $854,795 | $1,709,590 | $1,282,193 | | $1,282,193 |
| 2035 | | $ 1,050,698 | $ 1,050,698 | $840,558 | | $840,558 | $1,260,837 | | $1,260,837 |
| 2036 | | $ 1,033,214 | $ 1,033,214 | $826,571 | | $826,571 | $1,239,857 | | $1,239,857 |
| 2037 | | $ 1,016,037 | $ 1,016,037 | $812,830 | | $812,830 | $1,219,245 | | $1,219,245 |
| 2038 | | $ 999,162 | $ 999,162 | $799,329 | | $799,329 | $799,329 | $399,665 | $1,198,994 |
| 2039 | | $ 982,582 | $ 982,582 | $786,065 | | $786,065 | | $589,549 | $589,549 |
| 2040 | | $ 966,292 | $ 966,292 | $773,034 | | $773,034 | | $579,775 | $579,775 |
| 2041 | | $ 950,287 | $ 950,287 | $760,230 | | $760,230 | | $570,172 | $570,172 |
| 2042 | | | | $747,650 | | $747,650 | | $560,737 | $560,737 |
| 2043 | | | | $735,290 | | $735,290 | | $551,467 | $551,467 |
| 2044 | | | | $723,145 | | $723,145 | | $542,359 | $542,359 |
| 2045 | | | | $711,213 | | $711,213 | | $533,410 | $533,410 |
| 2046 | | | | $349,744 | | $349,744 | | $524,617 | $524,617 |
| 2047 | | | | | | | | $515,976 | $515,976 |
| 2048 | | | | | | | | $507,487 | $507,487 |
| 2049 | | | | | | | | $499,145 | $499,145 |
| 2050 | | | | | | | | $490,948 | $490,948 |
| 2051 | | | | | | | | $482,893 | $482,893 |
| 2052 | | | | | | | | $474,979 | $474,979 |
| 2053 | | | | | | | | $467,201 | $467,201 |
| 2054 | | | | | | | | $459,558 | $459,558 |
| Total | $ 24,280,721 | $ 10,258,421 | $ 34,539,143 | $ 23,786,020 | $ 9,720,456 | $ 33,506,476 | $ 22,999,881 | $ 8,749,939 | $ 31,749,819 |



LaPorte CPAs & Business Advisors
Texas Brine Company, LLC and Louisiana Salt, LLC v. The Dow Chemical Company, et al.

## SCENARIO TWO:  FUTURE LOST ROYALTY REVENUE AND DEPLETION BENEFIT AMOUNTS ARE DISCOUNTED TO PRESENT VALUE AS OF FEBRUARY 1, 2015 AT 15 PERCENT

| | Present Value of Projected Royalty Revenue and Depletion Benefit @ 15 Percent | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 750,000 tons per year | | | 600,000 tons per year | | | 450,000 tons per year | | |
| Year | Wells 1 & 2 | Well 3 | Total | Wells 1 & 2 | Well 3 | Total | Wells 1 & 2 | Well 3 | Total |
| 2022 | $ 1,202,815 | | $ 1,202,815 | $962,252 | | $962,252 | $721,689 | | $721,689 |
| 2023 | $ 1,064,926 | | $ 1,064,926 | $851,941 | | $851,941 | $638,956 | | $638,956 |
| 2024 | $ 942,858 | | $ 942,858 | $754,287 | | $754,287 | $565,715 | | $565,715 |
| 2025 | $ 834,795 | | $ 834,795 | $667,836 | | $667,836 | $500,877 | | $500,877 |
| 2026 | $ 739,129 | | $ 739,129 | $591,303 | | $591,303 | $443,477 | | $443,477 |
| 2027 | $ 654,435 | | $ 654,435 | $523,548 | | $523,548 | $392,661 | | $392,661 |
| 2028 | $ 579,456 | | $ 579,456 | $463,564 | | $463,564 | $347,673 | | $347,673 |
| 2029 | $ 513,074 | | $ 513,074 | $410,459 | | $410,459 | $307,844 | | $307,844 |
| 2030 | $ 454,304 | | $ 454,304 | $363,443 | | $363,443 | $272,582 | | $272,582 |
| 2031 | $ 402,272 | | $ 402,272 | $321,818 | | $321,818 | $241,363 | | $241,363 |
| 2032 | | $ 178,102 | $ 178,102 | $284,964 | | $284,964 | $213,723 | | $213,723 |
| 2033 | | $ 157,709 | $ 157,709 | $252,334 | | $252,334 | $189,251 | | $189,251 |
| 2034 | | $ 139,653 | $ 139,653 | $111,722 | $111,722 | $223,444 | $167,583 | | $167,583 |
| 2035 | | $ 123,666 | $ 123,666 | | $98,933 | $98,933 | $148,399 | | $148,399 |
| 2036 | | $ 109,511 | $ 109,511 | | $87,608 | $87,608 | $131,413 | | $131,413 |
| 2037 | | $ 96,977 | $ 96,977 | | $77,582 | $77,582 | $116,373 | | $116,373 |
| 2038 | | $ 85,880 | $ 85,880 | | $68,704 | $68,704 | $68,704 | $34,352 | $103,056 |
| 2039 | | $ 76,053 | $ 76,053 | | $60,843 | $60,843 | | $45,632 | $45,632 |
| 2040 | | $ 67,352 | $ 67,352 | | $53,882 | $53,882 | | $40,411 | $40,411 |
| 2041 | | $ 59,647 | $ 59,647 | | $47,718 | $47,718 | | $35,788 | $35,788 |
| 2042 | | | | | $42,260 | $42,260 | | $31,695 | $31,695 |
| 2043 | | | | | $37,427 | $37,427 | | $28,070 | $28,070 |
| 2044 | | | | | $33,147 | $33,147 | | $24,860 | $24,860 |
| 2045 | | | | | $29,357 | $29,357 | | $22,018 | $22,018 |
| 2046 | | | | | $13,000 | $13,000 | | $19,501 | $19,501 |
| 2047 | | | | | | | | $17,272 | $17,272 |
| 2048 | | | | | | | | $15,298 | $15,298 |
| 2049 | | | | | | | | $13,549 | $13,549 |
| 2050 | | | | | | | | $12,001 | $12,001 |
| 2051 | | | | | | | | $10,630 | $10,630 |
| 2052 | | | | | | | | $9,416 | $9,416 |
| 2053 | | | | | | | | $8,340 | $8,340 |
| 2054 | | | | | | | | $7,388 | $7,388 |
| Total | $ 7,388,064 | $ 1,094,550 | $ 8,482,614 | $ 6,559,472 | $ 762,182 | $ 7,321,654 | $ 5,468,283 | $ 376,220 | $ 5,844,503 |



LaPorte CPAs & Business Advisors
Texas Brine Company, LLC and Louisiana Salt, LLC v. The Dow Chemical Company, et al.

# PRESENT VALUE OF LOST STORAGE REVENUES

## SCENARIO ONE: FUTURE LOST STORAGE AMOUNTS ARE DISCOUNTED TO PRESENT VALUE AS OF FEBRUARY 1, 2015 AT 3.56 PERCENT

| | Present Value of Lost Storage Revenues @ 3.56 Percent | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 750,000 tons per year | | | 600,000 tons per year | | | 450,000 tons per year | | |
| Year | Well 1 | Well 3 | Total | Well 1 | Well 3 | Total | Well 1 | Well 3 | Total |
| 2032 | 775,986 | | 775,986 | | | | | | |
| 2033 | 767,294 | | 767,294 | | | | | | |
| 2034 | 758,700 | | 758,700 | | | | | | |
| 2035 | 750,201 | | 750,201 | 750,201 | | 750,201 | | | |
| 2036 | 741,798 | | 741,798 | 741,798 | | 741,798 | | | |
| 2037 | 733,489 | | 733,489 | 733,489 | | 733,489 | | | |
| 2038 | 725,273 | | 725,273 | 725,273 | | 725,273 | | | |
| 2039 | 717,149 | | 717,149 | 717,149 | | 717,149 | 717,149 | | 717,149 |
| 2040 | 709,116 | | 709,116 | 709,116 | | 709,116 | 709,116 | | 709,116 |
| 2041 | 701,173 | | 701,173 | 701,173 | | 701,173 | 701,173 | | 701,173 |
| 2042 | 693,319 | 346,660 | 1,039,979 | 693,319 | | 693,319 | 693,319 | | 693,319 |
| 2043 | 685,553 | 342,777 | 1,028,330 | 685,553 | | 685,553 | 685,553 | | 685,553 |
| 2044 | 677,874 | 338,937 | 1,016,811 | 677,874 | | 677,874 | 677,874 | | 677,874 |
| 2045 | 670,281 | 335,140 | 1,005,421 | 670,281 | | 670,281 | 670,281 | | 670,281 |
| 2046 | 662,773 | 331,386 | 994,159 | 662,773 | | 662,773 | 662,773 | | 662,773 |
| 2047 | 655,349 | 327,675 | 983,024 | 655,349 | 327,675 | 983,024 | 655,349 | | 655,349 |
| 2048 | 648,008 | 324,004 | 972,013 | 648,008 | 324,004 | 972,013 | 648,008 | | 648,008 |
| 2049 | 640,750 | 320,375 | 961,125 | 640,750 | 320,375 | 961,125 | 640,750 | | 640,750 |
| 2050 | 633,573 | 316,786 | 950,359 | 633,573 | 316,786 | 950,359 | 633,573 | | 633,573 |
| 2051 | 626,476 | 313,238 | 939,714 | 626,476 | 313,238 | 939,714 | 626,476 | | 626,476 |
| 2052 | | 309,729 | 309,729 | 619,459 | 309,729 | 929,188 | 619,459 | | 619,459 |
| 2053 | | 306,260 | 306,260 | 612,520 | 306,260 | 918,780 | 612,520 | | 612,520 |
| 2054 | | 302,829 | 302,829 | 605,659 | 302,829 | 908,488 | 605,659 | | 605,659 |
| 2055 | | 299,437 | 299,437 | | 299,437 | 299,437 | 598,875 | 299,437 | 898,312 |
| 2056 | | 296,083 | 296,083 | | 296,083 | 296,083 | 592,167 | 296,083 | 888,250 |
| 2057 | | 292,767 | 292,767 | | 292,767 | 292,767 | 585,534 | 292,767 | 878,300 |
| 2058 | | 289,487 | 289,487 | | 289,487 | 289,487 | 578,975 | 289,487 | 868,462 |
| 2059 | | 286,245 | 286,245 | | 286,245 | 286,245 | | 286,245 | 286,245 |
| 2060 | | 283,039 | 283,039 | | 283,039 | 283,039 | | 283,039 | 283,039 |
| 2061 | | 279,868 | 279,868 | | 279,868 | 279,868 | | 279,868 | 279,868 |
| 2062 | | | | | 276,733 | 276,733 | | 276,733 | 276,733 |
| 2063 | | | | | 273,634 | 273,634 | | 273,634 | 273,634 |
| 2064 | | | | | 270,569 | 270,569 | | 270,569 | 270,569 |
| 2065 | | | | | 267,538 | 267,538 | | 267,538 | 267,538 |
| 2066 | | | | | 264,541 | 264,541 | | 264,541 | 264,541 |
| 2067 | | | | | | | | 261,578 | 261,578 |
| 2068 | | | | | | | | 258,648 | 258,648 |
| 2069 | | | | | | | | 255,751 | 255,751 |
| 2070 | | | | | | | | 252,886 | 252,886 |
| 2071 | | | | | | | | 250,053 | 250,053 |
| 2072 | | | | | | | | 247,252 | 247,252 |
| 2073 | | | | | | | | 244,483 | 244,483 |
| 2074 | | | | | | | | 241,744 | 241,744 |
| Total | 13,974,135 | 6,242,723 | 20,216,858 | 13,509,792 | 5,900,838 | 19,410,630 | 12,914,581 | 5,392,336 | 18,306,918 |



LaPorte CPAs & Business Advisors
Texas Brine Company, LLC and Louisiana Salt, LLC v. The Dow Chemical Company, et al.

## SCENARIO TWO:  FUTURE LOST STORAGE AMOUNTS ARE DISCOUNTED TO PRESENT VALUE AS OF FEBRUARY 1, 2015 AT 15 PERCENT

| | Present Value of Lost Storage Revenues @ 15 Percent | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 750,000 tons per year | | | 600,000 tons per year | | | 450,000 tons per year | | |
| Year | Well 1 | Well 3 | Total | Well 1 | Well 3 | Total | Well 1 | Well 3 | Total |
| 2032 | $ 125,067 | | $ 125,067 | | | | | | |
| 2033 | $ 111,364 | | $ 111,364 | | | | | | |
| 2034 | $ 99,162 | | $ 99,162 | | | | | | |
| 2035 | $ 88,298 | | $ 88,298 | $88,298 | | $88,298 | | | |
| 2036 | $ 78,623 | | $ 78,623 | $78,623 | | $78,623 | | | |
| 2037 | $ 70,009 | | $ 70,009 | $70,009 | | $70,009 | | | |
| 2038 | $ 62,338 | | $ 62,338 | $62,338 | | $62,338 | | | |
| 2039 | $ 55,508 | | $ 55,508 | $55,508 | | $55,508 | $55,508 | | $55,508 |
| 2040 | $ 49,427 | | $ 49,427 | $49,427 | | $49,427 | $49,427 | | $49,427 |
| 2041 | $ 44,011 | | $ 44,011 | $44,011 | | $44,011 | $44,011 | | $44,011 |
| 2042 | $ 39,189 | $ 19,594 | $ 58,783 | $39,189 | | $39,189 | $39,189 | | $39,189 |
| 2043 | $ 34,895 | $ 17,448 | $ 52,343 | $34,895 | | $34,895 | $34,895 | | $34,895 |
| 2044 | $ 31,072 | $ 15,536 | $ 46,608 | $31,072 | | $31,072 | $31,072 | | $31,072 |
| 2045 | $ 27,668 | $ 13,834 | $ 41,501 | $27,668 | | $27,668 | $27,668 | | $27,668 |
| 2046 | $ 24,636 | $ 12,318 | $ 36,954 | $24,636 | | $24,636 | $24,636 | | $24,636 |
| 2047 | $ 21,937 | $ 10,968 | $ 32,905 | $21,937 | $10,968 | $32,905 | $21,937 | | $21,937 |
| 2048 | $ 19,533 | $ 9,767 | $ 29,300 | $19,533 | $9,767 | $29,300 | $19,533 | | $19,533 |
| 2049 | $ 17,393 | $ 8,697 | $ 26,090 | $17,393 | $8,697 | $26,090 | $17,393 | | $17,393 |
| 2050 | $ 15,487 | $ 7,744 | $ 23,231 | $15,487 | $7,744 | $23,231 | $15,487 | | $15,487 |
| 2051 | $ 13,791 | $ 6,895 | $ 20,686 | $13,791 | $6,895 | $20,686 | $13,791 | | $13,791 |
| 2052 | | $ 6,140 | $ 6,140 | $12,280 | $6,140 | $18,419 | $12,280 | | $12,280 |
| 2053 | | $ 5,467 | $ 5,467 | $10,934 | $5,467 | $16,401 | $10,934 | | $10,934 |
| 2054 | | $ 4,868 | $ 4,868 | $9,736 | $4,868 | $14,604 | $9,736 | | $9,736 |
| 2055 | | $ 4,335 | $ 4,335 | | $4,335 | $4,335 | $8,669 | $4,335 | $13,004 |
| 2056 | | $ 3,860 | $ 3,860 | | $3,860 | $3,860 | $7,720 | $3,860 | $11,579 |
| 2057 | | $ 3,437 | $ 3,437 | | $3,437 | $3,437 | $6,874 | $3,437 | $10,311 |
| 2058 | | $ 3,060 | $ 3,060 | | $3,060 | $3,060 | $6,121 | $3,060 | $9,181 |
| 2059 | | $ 2,725 | $ 2,725 | | $2,725 | $2,725 | | $2,725 | $2,725 |
| 2060 | | $ 2,426 | $ 2,426 | | $2,426 | $2,426 | | $2,426 | $2,426 |
| 2061 | | $ 2,161 | $ 2,161 | | $2,161 | $2,161 | | $2,161 | $2,161 |
| 2062 | | | | | $1,924 | $1,924 | | $1,924 | $1,924 |
| 2063 | | | | | $1,713 | $1,713 | | $1,713 | $1,713 |
| 2064 | | | | | $1,525 | $1,525 | | $1,525 | $1,525 |
| 2065 | | | | | $1,358 | $1,358 | | $1,358 | $1,358 |
| 2066 | | | | | $1,209 | $1,209 | | $1,209 | $1,209 |
| 2067 | | | | | | | | $959 | $1,077 |
| 2068 | | | | | | | | $959 | $959 |
| 2069 | | | | | | | | $854 | $854 |
| 2070 | | | | | | | | $760 | $760 |
| 2071 | | | | | | | | $677 | $677 |
| 2072 | | | | | | | | $603 | $603 |
| 2073 | | | | | | | | $537 | $537 |
| 2074 | | | | | | | | $478 | $478 |
| Total | $ 1,029,409 | $ 161,280 | $ 1,190,689 | $ 726,766 | $ 90,280 | $ 817,045 | $ 456,881 | $ 35,679 | $ 492,559 |



LaPorte CPAs & Business Advisors
Texas Brine Company, LLC and Louisiana Salt, LLC v. The Dow Chemical Company, et al.

## CONCLUSION

| | Scenario 1-A: 750,000 Annual Tons Discounted @ 3.56% | Scenario 1-B: 600,000 Annual Tons Discounted @ 3.56% | Scenario 1-C: 450,000 Annual Tons Discounted @ 3.56% | Scenario 2-A: 750,000 Annual Tons Discounted @ 15% | Scenario 2-B: 600,000 Annual Tons Discounted @ 15% | Scenario 2-C: 450,000 Annual Tons Discounted @ 15% |
|---|---|---|---|---|---|---|
| **Summary** | | | | | | |
| 1. Value of Over-Mined Sa | $ 1,090 | $ 1,090 | $ 1,090 | $ 1,090 | $ 1,090 | $ 1,090 |
| 2. Lost Royalty Revenues a | $ 34,539,143 | $ 33,506,476 | $ 31,749,819 | $ 8,482,614 | $ 7,321,654 | $ 5,844,503 |
| 3. Lost Storage Revenues | $ 20,216,858 | $ 19,410,630 | $ 18,306,918 | $ 1,190,689 | $ 817,045 | $ 492,559 |
| Total Loss | $ 54,757,091 | $ 52,918,196 | $ 50,057,827 | $ 9,674,393 | $ 8,139,789 | $ 6,338,152 |

I reserve the right to update this report based upon the receipt of additional information.


Appendix A and Schedule One attached are a part of this report.

\* \* \* \* \* \* \* \*


Holly Sharp, CPA, CFE, CFF


_____January 22, 2018_____
Date



**APPENDIX A**





**111 Veterans Blvd.**
**Heritage Plaza Suite 600**
**Metairie, Louisiana 70005**
504.835.5522 | fax 504.835.5535
email | hsharp@laporte.com

## C U R R I C U L U M   V I T A E

# HOLLY SHARP, CPA, CFE, CFF

| | |
|---|---|
| **BACKGROUND** | Holly is a Shareholder and Director of Consulting with LaPorte CPAs & Business Advisors. Holly joined the firm in 1980. Holly is also an Adjunct Professor of Taxation at A. B. Freeman School of Business, Tulane University where she has taught since 1999. |
| **EDUCATION** | M.S. Tax Accounting, University of New Orleans (1981) |
| | B.S. Business Management, Tulane University (1979) |
| **PROFESSIONAL AFFILIATIONS** | American Institute of Certified Public Accountants |
| | *Member, Economic Damages Task Force* |
| | Society of Louisiana Certified Public Accountants |
| | New Orleans Estate Planning Council, *Past President* |
| | New Orleans Association of Certified Fraud Examiners, *Past Officer* |
| | Women's Professional Council, *Past President* |
| **CIVIC AFFILIATIONS** | Center for Development and Learning, *Board Chairman* |
| | Tulane Tax Institute, *Planning Committee* |
| | The Cultural Landscape Foundation, *Board Member and Treasurer* |
| | St. Charles Avenue Presbyterian Church, *Elder* |
| | St. Charles Avenue Association, *Board Member* |
| | Parking Facilities Corporation, *Board Member* |
| | Preservation Resource Center, *Past President* |
| | New Orleans Charter Science and Mathematics High School, *Past Board Member and Treasurer* |
| **AWARDS** | New Orleans CityBusiness *2006 Women of the Year* |
| | A. B. Freeman School of Business, Tulane University *2001 Outstanding Accounting Alumnae* |
| | Louise S. McGehee School *1994 Outstanding Alumna* |

**NEW ORLEANS   HOUSTON   BATON ROUGE   COVINGTON   HOUMA**

Holly Sharp, CPA, CFE, CFF
Curriculum Vitae
*Page 2*

**RANGE OF
EXPERIENCE**

Experience includes extensive consulting work in the areas of taxation for individuals, corporations and other entities, as well as financial planning, estate planning, and business succession planning. Litigation experience includes testimony and forensic accounting services in accounting, financial, economic and business issues. Ms. Sharp is a Certified Public Accountant, Certified Fraud Examiner and Certified in Financial Forensics.

**EMPLOYMENT
HISTORY**

LaPorte CPAs and Business Advisors ........................ 1981- present
Tulane University: ............................................... 1999 - present

**FEE SCHEDULE**

Holly Sharp, CPA, CFE, CFF............................................$325 per hour
Senior Accountants and Managers....................................$150 to $195 per hour

**PUBLICATIONS
PAST 10 YEARS**

*Measuring Damages Involving Individuals,* AICPA, 2013.

*Attaining Reasonable Certainty in Economic Damages Calculations,* AICPA 2015.

**NEW ORLEANS   HOUSTON   BATON ROUGE   COVINGTON   HOUMA**

Holly Sharp, CPA, CFE, CFF
Curriculum Vitae
*Page 3*

**SPEECHES**
**PAST 10 YEARS**

"Calculation of Damages in Personal Injury, Wrongful Death and Wrongful Termination Cases" *AICPA National Forensic Accounting Conference*, September 25, 2009.

"Personal Injury/ Wrongful Death Damages" *Mississippi Business Valuation & Litigation Support Services Conference*, November 6, 2009.

"Taxation for the Non-Taxation Lawyer" *Louisiana State Bar Association Continuing Legal Education,* October 22, 2010.

"Advanced Topics in Personal Injury Calculations" *AICPA Forensic & Valuation Services Conference,* November 12, 2012.

"Understanding and Calculating Lost Profits Damage" *LSU Fraud and Forensic Accounting Conference,* July 29, 2013.

"Calculation of Damages Involving Individuals" *2013 Forensic & Litigation Services Workshop,* October 25, 2013.

"Discount Rates and Economic Damages" *2013 Forensic & Litigation Services Workshop,* October 25, 2013.

"Personal Injury Damages" *2013 AICPA Forensic and Valuation Conference,* November 12, 2013.

"Reporting and Communicating Results in Forensic Accounting Assignments" *2013 AICPA Forensic and Valuation Conference,* November 12, 2013.

"Damage Calculation for Personal Injury" *2015 AICPA Forensic and Valuation Conference,* November 8, 2015.

"Everything you wanted to know about Basis- and a Little More!" *Loyola 2015 Annual Estate Planning Conference,* December 3, 2015.

"Attaining Reasonable Certainty in Damages Calculations" *2016 Forensic & Litigation Services Workshop,* October 28, 2016.

"Forensic Accounting Issues with Trust and Estates" AICPA *2016 Forensic & Valuation Services Conference,* November 7, 2016.

"Damages Calculations for Individuals" AICPA *2016 Forensic & Valuation Services Conference,* November 7, 2016.

"Healthcare Fraud" TAHRA, April 28, 2017 and HFMA South Texas Annual Meeting, May 23, 2017.

"Forensic Accounting Issues that Arise in Litigation" Louisiana State Bar Association Continuing Legal Education Program, August 25, 2017.

**NEW ORLEANS   HOUSTON   BATON ROUGE   COVINGTON   HOUMA**

Holly Sharp, CPA, CFE, CFF
Curriculum Vitae
*Page 4*

## EXPERT WITNESS TESTIMONY PAST 4 YEARS

| | |
|---|---|
| Maison Orleans Partnership in Commendam et al. v. Frank T. Stewart | 2013 trial testimony<br>*Expert CPA, Forensic Accounting, Business Valuation* |
| Eddie Rodriguez b. Denham Place Mobile Home Park, Inc., and Three C Real Estate, L.L.C | 2013 deposition testimony |
| Louisiana Public Defender Board, et al. v. Honorable Robert E. Jones, III, et al. | 2013 deposition testimony |
| St. Bernard Port, Harbor & Terminal District v. Violet Dock Port, Inc., LLC | 2013 deposition testimony |
| Prixie Montgomery v. Clear Channel Broadcasting, Inc. | 2013 deposition testimony |
| Rhoda St. Ann v. Plaquemines Parish School Board | 2013 deposition testimony |
| Kendell Cain and Wendell Cain v. Lafarge N. A. | 2014 trial testimony<br>*Expert in Economic Loss Calculation, Expert in Accounting* |
| James Garner v. Richards Mobile Home Park, LLC and  Brad J. Antie | 2014 trial testimony<br>*Expert in Economic Loss Calculation, Expert in Forensic Accounting* |
| Muntaser S. Akroush v. Don Paul J. Hargroder, et al. | 2014 deposition and trial testimony<br>*Expert in Economic Loss Calculation, Expert in Accounting* |
| The Grand Ltd. et al. v. Linder Oil Company | 2014 deposition testimony |
| Target Construction v. Kendra & Associates, Inc., et al. | 2014 deposition testimony |
| Carole K. Browdy, M.D. v. Hartford Life and Accident Insurance Co., et al. | 2014 deposition testimony |
| Benjamin J. Birdsall, Jr., et al. v. Brian Gibbs et al. | 2014 deposition testimony |
| Lomark, Inc. et al. v. LavigneBaker Petroleum, Inc. et al | 2014 deposition testimony |
| Shell Offshore Inc. v. Tesla Offshore, LLC et al. | 2015 deposition testimony |
| Chauncey McDaniel v. O'Reilly Auto Parts | 2015 deposition testimony |
| Link New Tech Inc. v. Genuine Parts Co. et al. | 2015 deposition testimony |
| Paul O. Schwarzenberger, et al. v. Louisiana State University Health Sciences Center et al. | 2015 deposition testimony |
| A. Remy Fransen, Jr. and Allain F. Hardin v. The City of New Orleans, et al. | 2015 trial testimony<br>*Expert in Accounting, Expert in Forensic Accounting* |

**NEW ORLEANS   HOUSTON   BATON ROUGE   COVINGTON   HOUMA**

Holly Sharp, CPA, CFE, CFF
Curriculum Vitae
*Page 5*

## EXPERT WITNESS TESTIMONY – *Continued*

| | |
|---|---|
| Muntaser S. Akroush v. Don Paul Hargroder, et al. | 2015 deposition testimony |
| Jody Charlet v. Hector Valenzuela-Cepeda, et al. | 2015 deposition testimony |
| Natalie Biondolillo v. GEICO | 2015 deposition testimony |
| BASF Corporation vs. Castle Power Solutions, LLC et al | 2015 deposition testimony |
| BASF Corporation v. Man Diesel & Turbo North America, Inc. | 2015 deposition testimony |
| Marine Power Holding, LLC v. Malibu Boats, LLC | 2016 deposition and trial testimony<br>*Expert in Accounting* |
| Shell Offshore Inc. v. Tesla Offshore, LLC et al. | 2016 trial testimony<br>*Expert in Accounting* |
| BASF Corporation v. Man Diesel & Turbo North America, Inc. | 2016 trial testimony<br>*Expert in Accounting* |
| Lawrence Robertson v. Silver Star Transport, et al. | 2016 trial testimony<br>*Expert in Accounting, Expert in Tax Accounting* |
| Jana Marie McCaffery v. Joe Ann Lindner | 2016 deposition testimony |
| Kevin Benefield, et al. vs. Estate of Donald E. Lockhart, et al. | 2016 deposition testimony |
| Wanda Williams et al. v. Manitowoc Cranes et al. | 2016 trial testimony<br>*Expert in Forensic Accounting, Expert in Economic Loss Calculation* |
| Wynners Club, Inc. v. Liberty Mutual Insurance Co. et al. | 2016 deposition and trial testimony<br>*Expert CPA, Expert in Lost Profit Calculation* |
| ARCCO Services Inc.  v. Carrier  Corporation | 2016 trial testimony<br>*Expert CPA, Expert in Tax Accounting* |
| Gustave J. Labarre, Jr. et al. v. Occidental Chemical Company, et al. | 2017 deposition testimony |
| Gustave J. LaBarre, Jr. et al. v. Texas Brine Co., et al. | 2017 deposition testimony |
| Henry Wayne Musgrove v. Waddle Trucking LLC, et al. | 2017 deposition testimony |
| Jeron Abshire v. New Hampshire Insurance Co., et al. | 2017 deposition testimony |
| Michael Chavin, et al. v. Ingersoll-Rand, PLC, et al. | 2017 deposition testimony |

**NEW ORLEANS   HOUSTON   BATON ROUGE   COVINGTON   HOUMA**

Holly Sharp, CPA, CFE, CFF
Curriculum Vitae
*Page 6*

| | |
|---|---|
| Melissa Barber v. Jessica Lee Wright and .Ace American Insurance Company | 2017 deposition testimony |
| Texas Brine Company vs. Occidental Chemical Corporation | 2017 deposition testimony |
| Consolidated Companies, Inc. vs. Fishman et al. | 2017 deposition testimony |
| Access World (USA) LLC v. Trafigura Trading, LLC | 2017 deposition testimony |
| Holloway Drilling et al. v. Danielle Bodin et al. | 2017 deposition testimony |
| W. Chris Beary v. David W. Deese et al. | 2017 deposition testimony |

## Schedule One

**Producer Price Index**
Group:   Industrial Commodities less fuels

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Average Annual Increase September, 2006 - August, 2017 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2006 | 162.5 | 163.2 | 163.8 | 164.8 | 166.4 | 166.8 | 167.1 | 167.5 | 167.6 | 167.7 | 167.8 | 167.9 | |
| 2007 | 168.2 | 168.6 | 169.4 | 170.3 | 170.8 | 171.0 | 171.4 | 171.1 | 171.2 | 172.2 | 173.1 | 173.1 | |
| 2008 | 174.7 | 175.9 | 177.4 | 179.8 | 181.8 | 183.2 | 185.9 | 186.6 | 186.2 | 183.7 | 179.9 | 177.4 | |
| 2009 | 176.9 | 176.1 | 175.6 | 175.0 | 174.9 | 175.2 | 175.5 | 176.6 | 177.2 | 177.7 | 178.1 | 178.9 | |
| 2010 | 180.2 | 181.2 | 182.4 | 183.8 | 184.0 | 183.1 | 182.7 | 183.1 | 183.5 | 184.6 | 185.4 | 186.3 | |
| 2011 | 188.6 | 190.2 | 191.2 | 193.0 | 193.7 | 193.9 | 194.6 | 194.5 | 194.6 | 193.9 | 193.2 | 192.7 | |
| 2012 | 193.8 | 194.7 | 195.7 | 195.8 | 195.4 | 193.7 | 193.3 | 193.3 | 193.7 | 193.9 | 194.0 | 194.2 | |
| 2013 | 195.3 | 196.1 | 196.1 | 195.9 | 195.5 | 195.4 | 195.2 | 195.3 | 195.1 | 195.4 | 195.5 | 195.9 | |
| 2014 | 197.2 | 197.6 | 197.3 | 197.7 | 197.6 | 197.7 | 198.2 | 198.4 | 198.3 | 198.2 | 197.4 | 196.7 | |
| 2015 | 196.0 | 195.4 | 195.0 | 194.8 | 194.9 | 195.2 | 194.9 | 193.9 | 193.1 | 192.9 | 192.3 | 191.9 | |
| 2016 | 191.9 | 191.8 | 192.1 | 192.8 | 193.4 | 193.7 | 193.7 | 194.0 | 193.9 | 194.3 | 194.9 | 195.5 | |
| 2017 | 196.8 | 197.8 | 198.7 | 199.3 | 199.5 | 199.4 | 199.0 | 199.5 | | | | | |
| 10 yr. | 1.58% | 1.61% | 1.61% | 1.58% | 1.57% | 1.55% | 1.50% | 1.55% | 1.47% | 1.48% | 1.51% | 1.53% | 1.55% |

