**TEXAS BRINE COMPANY, LLC**
4800 San Felipe
Houston, Texas 77056

Office: (713) 877-2700
Fax: (713) 877-2605

October 3, 2017

Mr. James M. Garner
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras St.
Suite 2800
New Orleans, Louisiana 70112

Re: Opinions Regarding Dow #18 Claims

Dear Mr. Garner:

    My name is Bruce E. Martin. I am the President of United Brine Services Company, a wholly owned subsidiary of Texas Brine Company, LLC. I have over 35 years in brine mining/production, treatment, and use. I have an extensive understanding of brine production in the Gulf Coast and specifically on the Napoleonville Salt Dome. My education includes an MBA (1985) and a B.S. in Mechanical Engineering (1979) from Wichita State University. Attached is a copy of my resume.

    Based on my knowledge, training, skill, and experience, it is reasonable to expect and very likely that between 450,000 and 750,000 tons of dry salt per well cavern, per year can and will be produced, as brine, on the property at issue in this litigation. Analogous historical production rates show that between 450,000 and 600,000 tons of dry salt per well cavern, per year have been produced from analogous well caverns. Based on the demand at the Napoleonville dome, it is reasonable to expect and very probable that 750,000 tons of dry salt can and will be produced per well cavern, per year on the property at issue in this case. It is reasonable to expect and very probable that each cavern on the property at issue in this case will produce a total of 7,000,000 to 7,500,000 tons of dry salt over the life of each cavern. The well caverns with the production figures stated above are consistent with well caverns designed for salt recovery and liquid hydrocarbon storage: 300 foot diameter, 2,500-2,800 foot cavern roof, and 7,000-7,350 total depth.

    Brine produced from the property at issue in this case will be in high demand by the chloralkali industry and necessary for production. Currently, the Napoleonville dome supplies the Occidental Chemical Taft and Geismar facilities, the Olin Plaquemine facility, and the Westlake/Axiall Plaquemine facility. The total salt production on the dome is approximately four million tons per year without consideration for new development or expansions. To permit, drill and develop a cavern for full production rates can generally be achieved in two years, so the proposed timing of a four year development is conservative. Operating agreements for these type facilities are very long term in nature, generally twenty years with options for renewal. The total term of these type agreements are between fifty and one hundred years.

Sincerely,

*[signature: Bruce E. Martin]*

Bruce E. Martin
Enclosure

**Exhibit D**

# BRUCE E. MARTIN RESUME'
11507 Island Manor St.
Pearland, TX 77584
Email: bmartin@texasbrine.com
281-808-5200

---

## *PROFESSIONAL EXPERIENCE*

*Texas Brine Company, LLC* a leader in brine solution mining and underground storage operations throughout the US Gulf Coast and New York.

**President, United Brine Services Company,** *Houston Texas*                     **August 2017-Present**
Overall business responsibility for this wholly owned subsidiary of Texas Brine Company, LLC that provides well drilling and maintenance services, technical support for well permitting, design, and operations, brine production and transmission systems design, and instrument and electrical design and maintenance support to Texas Brine facilities and their associated customers.

**Vice President, Operations,** *Houston, TX*                                     **January 2008-July 2017**
Overall operations responsibility for nation's largest supplier of solution mined brine to the chloralkali industry and underground storage of various hydrocarbons through operations across nine locations. Operations include more than 30 domal salt brine wells in US Gulf Coast, 100-bedded salt wells in western New York, three primary brine treatment units, and a salt evaporator.

**Bayou Corne Sinkhole Response Manager,** *Assumption Parish, Louisiana*         **August 2012-Present**
Overall responsibility for all response efforts associated with the unprecedented formation of sinkhole adjacent to the Napoleonville Salt Dome near Bayou Corne, LA.

**President, Texas Brine Company Baytown, LLC,** *Baytown, TX*                    **September 2006-January 2008**
Site operations responsibility for this 2,300 tons per day (TPD) brine production, treatment, and salt evaporator system. The facility operates brine solution wells and a primary brine treatment unit at Mt. Belvieu, TX, seven-mile pipeline, and a world scale salt evaporator unit at Baytown to supply salt to both Bayer Baytown and United Salt Company.

*Occidental Chemical Corporation* a business unit of Occidental Petroleum Corporation and a leader in the chloralkali industry manufacturing a diversified line of chloralkali, PVC, and chlorinated organics products.

**Assistant Plant Manager,** *Taft, LA*                                           **June 2005-August, 2006**
Site operations responsibility for this 2,100 tons per day (TPD) chloralkali facility, the largest site in the OxyChem system. The plant operates three chlorine production units (two diaphragm and one membrane technology) and a 800 MW integrated Cogeneration facility with three GE gas turbines and one steam turbine through centralized distributed control systems

*Vulcan Chemicals* a $600 million business unit of Vulcan Materials Company manufacturing chlorine, caustic soda, hydrochloric acid, and a diversified line of chlorinated solvents and other industrial chemicals.

**Plant Manager,** *Geismar, LA*                                                  **2000-June 2005**
Site responsibility for this $350 million unionized petrochemical plant operation with 285 employees and 200 resident contractors. The plant operates a 1,400 TPD chloralkali facility producing chlorine and sodium hydroxide, a 1,000 TPD ethylene dichloride (EDC) unit and three 150-300 TPD chlorinated solvent units (perchlorethylene, chloromethanes and pentachloropropane) serving customers globally.

- Directed site safety and environmental performance improvement to realize an OSHA recordable incident rate of 0.3 for 2004 and a 100% reduction in reportable release incidents in 2004 from 15 in 2002.
- Directed start-up and design rate demonstration of $150 million chloralkali/EDC expansion in 2001 establishing production volume records in each year after start-up, a $50 million pentachloropropane manufacturing facility in 2002, and a $13 million steam and power system upgrade in 2003.

- Successfully initiated and implemented a cost reduction strategy in 2003 realizing over $34 million/year cost reductions by the end of 2004, with $24 million/year representing fixed and overhead cost reductions.
- Implemented site productivity improvements reducing site staffing by 18% over the past two years.
- Championed the introduction and use of six-sigma and lean manufacturing tools by cross-functional teams involving 50% of the site workforce to realize 2004 savings in excess of $3 million.
- Realized $1 million annual savings on six-sigma demonstration project.
- Negotiated a revised electrical contract with Entergy and obtained Louisiana Public Service Commission approval resulting in Geismar site annual power savings in excess of $3 million.

**Business Manager (Chlorine/Hydrogen Chloride/Hydrogen),** *Birmingham, AL*                              **1996-2000**
P&L responsibility for this $65 million chlorine, hydrochloric acid, and hydrogen commodities business segment. Product supplied from eight manufacturing sites in Midwest and Southeastern U.S. and marketed to large industrial customers in the chemical, food products, oil well services, and steel manufacturing industries.

- Effectively managed the nation's second largest hydrochloric acid business of 450,000 tons per year of hydrochloric acid while realizing an 80% increase in net margins between 1996 and 2000.
- Directed market placement of approximately 210,000 tons/year of incremental chlorine production from the start-up of the Geismar Plant chloralkali expansion at competitive margins.
- Played a lead role in securing an additional 100,000 tons/year of hydrochloric acid supply to be marketed from expanded production at a Geismar, LA manufacturing site in 2000.
- Championed a $2 million project to upgrade the Geismar Plant's delivery capability for expanded hydrogen production and simultaneously negotiated a fifteen-year sales agreement for expanded Geismar Plant hydrogen representing incremental annual sales revenue in excess of $6 million.
- Directed the exit and sale of the non-strategic chlorine repackaging business resulting in over $3 million in incremental revenues.

**Production Manager,** *Wichita, KS*                              **1990-1996**
Responsibility for 750 TPD membrane and diaphragm chloralkali operations, two on-purpose hydrochloric acid synthesis units, a sodium chlorite facility, and perchlorethylene and chloromethanes chlorinated solvent units.

- Reorganized Wichita's operational management structure from two production manager positions to one.
- Implemented a behavior accident prevention safety process across the site resulting in an improvement in the OSHA recordable incident rate of more than 40%.
- Directed the start-up and first year operations of an 18 million pound per year sodium chlorite manufacturing facility. Successfully demonstrated a new integrated cell line/HCl burner/chlorate reactor design.
- Championed the installation of dual hydrochlorination reactor trains in the Chloromethanes unit that resulted in a six-month payback on a $700,000 investment through improved capacity and reliability.
- Successfully consolidated the chlorine section control room design from four to one and the conversion to distributed control systems (DCS) resulting in a 30% reduction in operating technician workforce.
- Effectively managed overall operations to establish annual site production records for chlorine, caustic soda, chloroform and methyl chloride.

**Various Managerial, Production and Technical Positions,** *Wichita, KS*                              **1979-1990**
Achieved progressively higher levels of responsibility through eight different positions at the site in the fields of project, process and production engineering, operations, and environment, health and safety.

## *EDUCATION*

- **BS Mechanical Engineering**, Wichita State University (Magna Cum Laude), 1979
- **MBA**, The Wichita State University, 1985
- **Duke, Advanced Management Program** – Fuqua School of Business, 1995
- **Six sigma green belt** – certified, 2005