UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TEXAS BRINE COMPANY, LLC AND LOUISIANA SALT, LLC | * | LEAD CASE: NO. 15-1102 |
| | * | C/W CASE NO. 15-3324 |
| | * | APPLIES TO ALL CASES |
| VERSUS | * | JUDGE KURT D. ENGELHARDT |
| THE DOW CHEMICAL COMPANY, DOW HYDROCARBONS & RESOURCES, LLC, AND CLIFTON LAND CORPORATION | * * | MAGISTRATE JANIS VAN MEERVELD |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF BRUCE E. MARTIN REGARDING TEXAS BRINE COMPANY, L.L.C. AND UNITED BRINE SERVICES, L.L.C.

In accordance with 28 U.S.C. § 1746, I, Bruce E. Martin, declare:

1. I am over the age of 18 years old and am competent to attest to the following facts within my personal knowledge.

2. I am the President of United Brine Services, L.L.C. I have held this position since July 31, 2017.

3. Before I was the President of United Brine Services, L.L.C., I was the Vice-President of Operations for Texas Brine Company, L.L.C. I assumed that position in January, 2008.

4. I have over 35 years of experience in brine solution mining production, treatment, and use.

5. United Brine Services, L.L.C. is a wholly owned subsidiary of Texas Brine Company, LLC.

6. Louisiana Salt, L.L.C., an affiliate of Texas Brine Company, L.L.C.

7. Texas Brine Company, L.L.C. and its subsidiaries includes employees and companies with years of experience in the solution mining industry.

Exhibit F

EXHIBIT 40

8. It is my understanding in my role as President of United Brine Services that Louisiana Salt will rely on Texas Brine Company, L.L.C. and its subsidiaries to secure customers for wells drilled on its property and to place salt produced from those wells in the marketplace.

9. For example, Louisiana Salt used United Brine Services to draft the permits recently submitted to the Louisiana Department of Natural Resources for Louisiana Salt wells #7 and #8.

10. It is also my understanding that Louisiana Salt would expect and prefer that Texas Brine Company, L.L.C and its subsidiaries would operate wells drilled on Louisiana Salt's property, pursuant to customer approval.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 4, 2018.

_____
BRUCE E. MARTIN