UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TEXAS BRINE COMPANY, LLC** AND **LOUISIANA SALT, LLC** | LEAD: CIVIL ACTION: 2:15-cv-01102 |
| *PLAINTIFFS* | C/W   CIVIL ACTION: 2:15-cv-03324 |
| **VERSUS** | SEC. N: CHIEF JUDGE KURT D. ENGELHARDT |
| **THE DOW CHEMICAL COMPANY, ET AL.** | DIV. 1: MAG. JUDGE JANIS VAN MEERVELD |
| *DEFENDANTS* | **\* APPLIES TO ALL CASES** |

**NOTICE OF SUBMISSION**

**TO:** ALL COUNSEL OF RECORD

Pursuant to this Court's Scheduling Order [R. Doc. 108] and Local Rule 7.2, The Dow Chemical Company, Dow Hydrocarbons & Resources, LLC, and Clifton Land Corporation bring for submission the Motion to Exclude Evidence of Texas Brine Company, LLC's Claim for Lost Overhead and Operating Profits before the Honorable Kurt D. Engelhardt on February 21, 2018, or as soon thereafter as the motion may be heard.

82207

Submitted By:

**BIENVENU, BONNECAZE, FOCO, VIATOR & HOLINGA, APLLC**

By: s/  John Allain Viator
David M. Bienvenu, Jr., #20700
John Allain Viator, #25915
Phillip E. Foco, #25670
Patrick H. Hunt, #34599
Colin P. O'Rourke, #37252
4210 Bluebonnet Blvd.
Baton Rouge, LA 70809
Phone:  (225) 388-5600
Fax:  (225) 388-5622
david.bienvenu@bblawla.com
john.viator@bblawla.com
phillip.foco@bblawla.com
patrick.hunt@bblawla.com
colin.orourke@bblawla.com

*Attorneys for The Dow Chemical Company and Dow Hydrocarbons & Resources, LLC, and Clifton Land Corporation*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 6th day of February, 2018.

s/ John Allain Viator
John Allain Viator

82207