UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TEXAS BRINE COMPANY, LLC**<br>*PLAINTIFF*<br><br>**VERSUS**<br><br>**THE DOW CHEMICAL COMPANY, ET AL.**<br>*DEFENDANTS* | LEAD: CIVIL ACTION: 2:15-CV-01102<br><br>C/W   CIVIL ACTION: 2:15-CV-03324<br><br>SEC. N: CHIEF JUDGE KURT D. ENGELHARDT<br><br>DIV. 1:  MAG. JUDGE JANIS VAN MEERVELD<br><br>\* APPLIES TO ALL CASES |

## DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF TED GRABOWSKI & MARK CARTWRIGHT, AND TESTIMONY OF WAYNE SNEED AND BRUCE MARTIN REGARDING THE MARKET DEMAND FOR BRINE FROM THE PROPERTY AND THE CHLOR-ALKALI MARKET

Defendants move to exclude the following expert testimony for failure to comply with Rule 26(a)(2):

1. Any expert testimony from Ted Grabowski or Mark Cartwright, as those witnesses have not been identified as expert witnesses in accordance with Rule 26(a)(2)(A); and

2. Testimony from Bruce Martin or Wayne Sneed as to the following issues:

    a. Messrs. Martin and Sneed were "specifically employed" for the purposes of providing opinions on market demand for brine. As such, they were required to produce full expert reports under Rule 26(a)(2)(B). Because these witnesses did not include full expert reports, their opinions on market demand should be excluded; and

    b. Messrs. Martin and Sneed's Rule 26(a)(2)(C) reports fail to mention the future global, domestic, and local demand for Chlorine or PVC. Accordingly, any opinions rendered on these topics are, by definition, beyond the scope of their Rule 26(a)(2)(C) expert disclosures.

1

Because these opinions have not been properly disclosed, Defendants respectfully pray that they be excluded from trial.

Submitted By:

**BIENVENU, BONNECAZE, FOCO, VIATOR & HOLINGA, APLLC**

By: s/ John Allain Viator
David M. Bienvenu, Jr., #20700
John Allain Viator, #25915
Phillip E. Foco, #25670
Patrick H. Hunt, #34599
Colin P. O'Rourke, #37252
4210 Bluebonnet Blvd.
Baton Rouge, LA 70809
Phone: (225) 388-5600
Fax: (225) 388-5622
david.bienvenu@bblawla.com
john.viator@bblawla.com
phillip.foco@bblawla.com
patrick.hunt@bblawla.com
colin.orourke@bblawla.com

*Attorneys for The Dow Chemical Company and Dow Hydrocarbons & Resources, LLC, and Clifton Land Corporation*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 14th day of February, 2018.

s/ John Allain Viator
John Allain Viator