5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TEXAS BRINE COMPANY, LLC**<br>*PLAINTIFF*<br><br>**VERSUS**<br><br>**THE DOW CHEMICAL COMPANY, ET AL.**<br>*DEFENDANTS* | LEAD: CIVIL ACTION: 2:15-CV-01102<br><br>C/W   CIVIL ACTION: 2:15-CV-03324<br><br>SEC. N: CHIEF JUDGE KURT D. ENGELHARDT<br><br>DIV. 1:  MAG. JUDGE JANIS VAN MEERVELD<br><br>**\* APPLIES TO ALL CASES** |

### NOTICE OF MANUAL ATTACHMENT

Defendants, The Dow Chemical Company, Dow Hydrocarbons & Resources, LLC, and Clifton Land Corporation hereby provide notice that Defendants' Memorandum in Support of their Motion to Exclude the Expert Testimony of Ted Grabowski & Mark Cartwright, and Testimony of Wayne Sneed and Bruce Martin regarding the Market Demand for Brine from the Property and the Chlor-Alkali market and exhibits A, E, F, G, and H attached thereto, are being manually attached for filing with the Court.

Submitted By:

**BIENVENU, BONNECAZE, FOCO, VIATOR & HOLINGA, APLLC**

By: s/  John Allain Viator
David M. Bienvenu, Jr., #20700
John Allain Viator, #25915
Phillip E. Foco, #25670
Patrick H. Hunt, #34599
Colin P. O'Rourke, #37252
4210 Bluebonnet Blvd.
Baton Rouge, LA 70809
Phone:  (225) 388-5600
Fax:  (225) 388-5622
david.bienvenu@bblawla.com
john.viator@bblawla.com
phillip.foco@bblawla.com
patrick.hunt@bblawla.com
colin.orourke@bblawla.com

*Attorneys for The Dow Chemical Company and Dow Hydrocarbons & Resources, LLC, and Clifton Land Corporation*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 14th day of February, 2018.

s/ John Allain Viator
John Allain Viator