Texas United Corporation
4800 San Felipe, Suite 9900
Houston, Texas 77056

June 15, 2017

Mr. Thomas J. Madigan
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras St.
Suite 2800
New Orleans, Louisiana 70112

**RE: Dow Encroachment Damage Model**

Dear Mr. Madigan:

My name is Robert Wayne Sneed. I am President and CEO of Texas United Corporation in Houston, Texas. Texas United Corporation, through its subsidiary Texas United Management Corporation, provides shared services (Accounting, Legal, Purchasing, Information Technology, Health Environmental and Safety, Human Resources and Managerial Services) to all of Texas United's related parties including Texas Brine Company, LLC and subsidiaries (TBC). My testimony will include opinions based upon my knowledge, skill, experience, training and education and a copy of my Curriculum Vitae is attached.

To properly evaluate damages to Texas Brine derived from Dow's encroachment, one must consider how salt reserves are affected and what, if any, impact there is to future use of the property or the caverns on the property.

The encroachment of the Dow # 18 cavern has caused damages through the loss of wells that could otherwise be produced, as Dr. Joel Warneke has stated in his report. TBC's internal expectation for a brine production well drilled in domal salt on the Gulf Coast is 7,000,000 to 7,500,000 tons of dry salt and would be expected to be produced in the range of 750,000 tons annually. My experience is that this is consistent with or conservative to most other brine producers' expectations on the Gulf Coast. Accordingly, the encroachment cost Texas Brine 35,000,000 plus tons of salt.

It is my opinion that the potential wells on the property at issue will be in high demand and necessary for production. Currently, the dome supplies Occidental Chemical's Taft facility as well as Occidental's Geismar plant. It also services the Olin plant and Westlake/Axiall plant. The total salt production on the dome is approximately four million tons per year without consideration for new development or expansions. To permit, drill and develop a cavern for full production rates can generally be achieved in two years, so the proposed timing of a four year development is conservative. Operating agreements for these type facilities are very long term in nature, generally twenty years with options for renewal. The total term of these type agreements are between fifty and one hundred years.

**Exhibit B**

Mr. Thomas J Madigan
Sher Garner Cahill Richter Klein & Hilbert, L.L.C
Page 2 of 2

  To properly assess this damage, one has to consider the royalty value of the salt in place as well as the depletion benefit that a producer derives from the United States Internal Tax Code for sodium chloride (salt).

  With respect to royalty value, TBC is currently in final negotiations with an unrelated counterparty on this same dome to allow them to mine salt for a current royalty value of $.63 per ton escalated annually based upon the Consumer Price Index. Also as part of that negotiation, the counterparty has agreed to share on a fifty-fifty basis the tax depletion benefit achieved. Based upon 2016 salt pricing, that fifty percent interest amounts to about $2.40 per dry ton of salt produced. Depletion is more closely indexed to the Producer Price Index for Industrial Commodities. These values have been provided to Ms. Sharp for her calculation. These royalty and depletion benefit values are not subject to reduction for the cost of drilling, operating expenses or overhead, which are borne by the customer/producer of the well.

  In addition to the value of the salt production lost due to the encroachment, brine caverns generally have a secondary life after the salt reserves are exhausted. They are often put in to hydrocarbon storage service. Across the entire fleet of TBC domal caverns that have been taken out of salt production service, approximately one-half of them have gone into storage. The Storage Agreements are generally long-term (twenty years or more) agreements. Current minimum financial proceeds would be at least one million dollars annually. These agreements will always contain escalation provisions, such as the Consumer Price Index, to provide for inflation. All operating expenses would be paid by the storage customer.

  In order to properly consider the time value of money, we reviewed TBC's cost of borrowing which at December 2016 was 3.56%

  I have first-hand knowledge of these facts. I have participated in all TBC lease negotiations, as well as storage agreements for over twenty five years. I also have had direct involvement regarding depletion negotiations with customers as well as defense of positions taken with the Internal Revenue Service.

  I am happy to discuss specific details of my experience if necessary.

            Sincerely,

            */s/ R. W. Sneed*

            R. W. Sneed
            President and CEO