**From:** Crane, Gabriel [mailto:gcrane@shergarner.com]
**Sent:** Monday, February 12, 2018 5:26 PM
**To:** Patrick Hunt <patrick.hunt@bblawla.com>; John Viator <John.Viator@bblawla.com>; Colin O'Rourke <colin.orourke@bblawla.com>
**Cc:** Garner, James M. <JGarner@SHERGARNER.com>; Hilbert, Peter <PHilbert@shergarner.com>; Madigan, Thomas <tmadigan@SHERGARNER.com>; Veith, Rebekka <rveith@shergarner.com>; Dodson, Michael <mdodson@shergarner.com>; Freedman, David <dfreedman@shergarner.com>; Hotard, Alex <ahotard@shergarner.com>
**Subject:** TBC v. Dow -- Document Production

John, Patrick, Colin:

In the sharefile below are reliance materials for Bruce Martin and Wayne Sneed.

https://shergarner.sharefile.com/d-s863c24269024b008

Best regards,
Gabe

**GABRIEL CRANE | ATTORNEY AT LAW | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | gcrane@shergarner.com | C: 504-388-8565 | D: 504-299-2128 | F: 504-299-2328

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

**Exhibit I**