UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEXAS BRINE COMPANY, LLC | CIVIL ACTION |
| VERSUS | NO. 15-1102 c/w 15-3324 |
| DOW CHEMICAL COMPANY, ET AL. | SECTION "N" (1) |

### **ORDER AND REASONS**

Presently before the Court are two related motions filed Plaintiffs. *See* Rec. Docs. 312 and 313. Having carefully reviewed the parties' submissions, the record in this matter, and applicable law, the Court rules on the motions as stated herein.

(1) **IT IS ORDERED** that "Plaintiffs' Motion to Expedite Consideration of Motion to Continue Submission and Hearing Date" (Rec. Doc. 313) is **GRANTED**. Given that opposition and reply memoranda have been filed, "Plaintiffs' Motion to Continue Submission and Hearing Date" (Rec. Doc. 312) shall be taken under submission as of this date.

(2) **IT IS ORDERED** that "Plaintiffs' Motion to Continue Submission and Hearing Date" (Rec. Doc. 312) is **DENIED**. Given that the deposition witnesses in question are affiliated with Plaintiffs, it is not apparent to the Court why supplemental declarations, rather than supplemental deposition testimony, are unavailable and/or inadequate.

New Orleans, Louisiana, this 14th day of February 2018.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

**Clerk to Copy:**

Magistrate Judge Janis van Meerveld